United states District
court Middle District of
Florida Jacksonville
Division

CASE NO. 3:22-mc-1-TJC-LLL

NON Judicial Filing

FILED

2022 FEB -4 AM 11: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

A black and white copy of this document is not official.

# State of Florida

## Department of State

I, Laurel M Lee, Secretary of State, do hereby certify that:

### *WayShawn Kay*

was commissioned as a Notary Public in and for the State of Florida:

| | |
|---|---|
| **Commission number:** | HH23180 |
| **Term beginning:** | July 25, 2020 |
| **Term expiring:** | July 24, 2024 |

as shown by the records of this office.

#### Legal Qualifications and Authority of a Florida Notary Public

A Florida Notary Public is not licensed to practice law in the State of Florida, and may not give legal advice or accept fees for legal advice.

**Legal Qualifications of a Florida Notary Public:** A Florida Notary Public shall be at least 18 years of age and a legal resident of Florida. A Florida Notary Public must be able to read, write, and understand the English language.

**Legal Authority of a Florida Notary Public:** A Notary Public may administer an oath and make a certificate thereof when it is necessary for the execution of any writing or document to be published under the seal of a Notary Public. A Notary Public is authorized to take the acknowledgments of deeds and other instruments of writing for record. A Notary Public is authorized to solemnize the rites of matrimony. A Notary Public may supervise the making of a photocopy of an original document and attest to the trueness of the copy.



Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twenty-Seventh day of January, A.D., 2021.

Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document.

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

> mr. jerrod-antoine-denard: williams sr. &
> dr.virginia-loretta:baker-williams
> c/o 4449 Lincrest Drive South
> Jacksonville, Florida Republic
> near [32208] Non-domestic

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| WILLIAMS | JERROD | ANTOINE-DENARI | |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4449 Lincrest Drive South | Jacksonville | FL | [32208] | uSA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| BAKER | VIRGINIA | LORETTA | |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4449 Lincrest Drive South | Jacksonville | FL | [32208] | usa |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| williams sr. | jerrod- | antoine-denard: | |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4449 Lincrest Drive South | Jacksonville | Fl | [32208] | usa |

**4. COLLATERAL:** This financing statement covers the following collateral:

ALL PROPERTY BELONGS TO DEBTORS BELONGS TO SECURED PARTY CREDITOR;
DEBTORS IS A TRANSMITTING UTILTY;
DEBTORS IS A TRUST; SEE ATTACHMENTS DURABLE POWER OF ATTORNEY ; INTERNATIONAL AFFIDAVIT
OF TRUTH OF AUTOTONOUS PRIVATE PROTECTED CIVILIAN STATUS; WORLDWIDE COMMON-LAW
COPYRIGHT; REVOCABLE TWO-PARTY LIVING TRUST; AND THE FOLLOWING PROPERTY IS HEREBY
REGISTERED IN THE SAME AS A PUBLIC NOTICE OF A COMMERICAL TRANACTION: ALL PROPERTY IS
FULL FAITH IN CREDITS FOR LAWFUL MONEY AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING
IS 12 USC 411 , 12USC 412, POLICY, HJR-192 DATED JUNE 5, 1933, PUBLIC LAW 73-10, PUBLIC LAW CHAPTER
48,48 & 112, UCC & 1-104 AND 671.104 CONSTRUCTION AGAINST& (IMPLICIT REPEAL). ALL PROCEEDS,
PRODUCTS, ACCOUNTS, FIXTURES, AND THE ORDERS THEREFROM ARE RELEASED TO THE DEBTORS TO
SERVE AS COLLATERAL FOR THE CREDITOR SECURED PARTYS BENEFITS.
WILLIAMS, JERROD ANTOINE-DENARD AND BAKER, VIRGINIA LORETTA, -DEBTORS

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☑ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR

| 18a. ORGANIZATION'S NAME |
|---|
| |

| 18b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

---

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**22.** ☑ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| baker-williams | virginia- | loretta: | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 4449 Lincrest Drive South | Jacksonville | Fl | [32208] | usa |

---

**23.** ☑ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| williams | virginia- | jalen-loretta: | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 4449 Lincrest Drive South | Jacksonville | Fl | [32208] | usa |

---

**24. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

# INTERNATIONAL AFFIDAVIT OF TRUTH OF AUTOCHTONOUS PRIVATE PROTECTED CIVILIAN STATUS IDENTITY DETERMINATION

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS
NOTICE TO PRINCIPALS IS NOTICE TO AGENTS

i, jerrod-antoine-denard: williams sr., am an autochthonous private protected civilian, operating in good faith and clean hands, also known as King Jerrod God Creation Of Life the living woman, flesh and blood of sound Spirit, Honoring my Mother and Father,  Mind and Body; with life , authority and dominion granted unto me from God(Yehovah); a lineal descendant of , aniyunwiya (cherokee) ; abinitio/from the beginning); autochtonous; autochton; indigenous; indigen; mu'ur(moor); allodial of Turtle Island also known as (The Americas) North(54.5260⁰ N, 105.2551⁰ W), South(8.7832⁰ S, 55.4 ⁰w), Central(12.7690' N, 85.6024⁰ W), America and the adjoining islands also known as the Caribbean islands(21.4691⁰ N, 78.6569• W).

i, am Fiduciary , Principal Guarantor Owner, Beneficial Owner, Attorney-In-Fact, owning 100% Equity for JERROD ANTOINE-DENARD WILLIAMS SR./JERROD ANTOINE-DENARD WILLIAMS (ESTATE, TRUST, SOLE CORPORATION, LLC, RECORD COPYRIGHT INDENTIFICATION etc.). Pertaining to all EIN(s) Birth Certificate Registrar No.***-**-**5057 and Social Security No.***-**-***6. All Banks, Probate, Federal Reserve, Universal Postal Union, Internal Revenue Service, Social Security Administration. In addition, they are put on Notice that i , jerrod-antoine-denard: williams sr. am of the age of majority and taking over my ESTATE. Here as the submitting supporting documents on record my jerrod-antoine-denard: Williams sr. revocable living trust and Durable Power Of Attorney for JERROD ANTOINE-DENARD WILLIAMS/JERROD ANTOINE-DENARD WILLIAMS SR. i, also have been surety for the CESTUI QUE VIE TRUST.

i, acknowledge and a the following Declarations and Acts, and invoke all rights to include but not limited to, JUS SANGUINIS(the right of blood) of my Autochthonous, ancestors of Turtle Island; JUS REPRESENTATIONS(the right of representation)of my ancestors, myself and descendants concerning domestic and international a d claims; JUS RERUM(the right to things) both corporeal and incorporeal, produced by ancestors myself or my descendants and or as a result of contributions from my an descendants; JUS SOLIS(right of soil) being from, of and tied to the land including but not limited to the soil of the place I was borne, Cowford (commonly known as Jacksonville) @ 30.332184, -81.655647, Illiniwek (commonly known as Florida) Territory and Turtle Island (the Americas); United Nations Declaration on the Rights of Indigenous Peoples 2007; American Declaration on the Rights Of Indigenous Peoples 2016; The Holy Bible; Declaration on the Granting of Independence to Colonial Countries and Peoples 1960; Declaration of the Rights of the Child 1959; Universal Declaration of Human Rights 2015;Powers of Appointment Act 1951(Decedent Property Claims); Indian Citizen Act 1924; United States Constitution 1759; Treaty of Peace and Friendship; Articles of Confederation 1777; under file NON UCC registration/EAN number 0145778909909; privileges, property, titles(allodial, et al), entitlements, interest, equity, liberties, status(diplomatic) and intrinsic value contained therein ab initio (from the beginning) for perpetuity.

INTERNATIONAL AFFIDAVIT OF TRUTH OF
AUTOCHTONOUS PRIVATE PROTECTED
CIVILIAN STATUS IDENTITY DETERMINATION

Whereby I peaceably, humbly yet confidently invoke 6011 faith, support and cooperation from domestic and international sources to assist with the restoration and manifestation of my autochthonous private protected civilian and my autochthonous people's inalienable rights and protections including but not limited to those expressed in the documents cited herein; the acquisition of properties, including but not limited to digital, agricultural, intellectual and economic; to publish and promulgate the existence (I/we are living) and political status of and freely pursue the economic, social, religious, spiritual, and cultural development Of the Institutions and Customs of my autochthonous ancestors, current and future peoples with autonomy, as well as ways and means for financing their autonomous functions. This International Affidavit of Truth serves as notice to people (mankind), nations and systems (institutions, et al) of the world. The

acknowledgement, acceptance and invocation of the rights contained herein stands ab nitio for perpetuity. Whereas i, jerrod-antoine-denard: williams sr., Autochthonous Tribe (Chief of The House Of Williams) has attained the age of majority, competency; is not lost at sea; is not dead. I revoke; rescind via disaffirmance any and all previous contracts and or Powers of Attorneys entered into during infancy; I am the authorized representative of myself and my Tribe of Autochthonous peoples, ab initio for perpetuity; General Administrators/Executors for Jerrod-Antoine-Denard:Williams Sr. ; Virginia-Loretta: Baker-Williams (to include any and all variants); I demand that all records (automated, digital, et al), documentation (papers, hardcopy, et al) domestic and international be corrected without delay to relent the content expressed herein. Further Affiant sayeth not.

INTERNATIONAL AFFIDAVIT OF TRUTH OF
AUTOCHTONOUS PRIVATE PROTECTED
CIVILIAN STATUS IDENTITY DETERMINATION

By: _jerrod-antoine-denard: williams sr_                    Date: _12|17| 2021_

jerrod-antoine-denard: williams sr.

Autochthonous Private Protected Civilian

Chiefess of The House of Williams

By: _____

By: _____

By: _____

By: _Tareeq Jordan Williams_

By: _Clinton Jaheeh Williams_

NOTICE

All IDENTIFICATION are All rights Reserved through TRADENAMES Autochthonous Civilian Rights are
also protected at all times. This Notarization does not take away my Autochthonous rights but
enhances my authority in the PUBLIC SECTOR. Pertaining to the UNITED STATES FEDERAL
CORPORATION BYLAWS.(TITLE 28 3002 15).

## **Notary Acknowledgement**

Florida State        )

                                  )

Duval County        )

This instrument was sworn, acknowledged, and subscribed before me by all signers on this __17th____ day of December 2021.

_WayShawn Kay_

Notary Public

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

7-24-2024

Commission Expire

## INTERNATIONAL AFFIDAVIT OF TRUTH OF AUTOCHTONOUS PRIVATE PROTECTED CIVILIAN STATUS IDENTITY DETERMINATION

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS
NOTICE TO PRINCIPALS IS NOTICE TO AGENTS

i, virginia-loretta:baker-williams, am an autochthonous private protected civilian, operating in good faith and clean hands, also known as Queen Beautiful Goddess Creation Of Life the living woman, flesh and blood of sound Spirit, Honoring my Mother and Father,  Mind and Body; with life , authority and dominion granted unto me from God(Yehovah); a lineal descendant of simano` (seminole), aniyunwiya (cherokee) ; abinitio/from the beginning; autochthonous; autochton; indigenous; indigen; mu'ur

(moor); allodial of Turtle Island also known as (The Americas) North(54.5260⁰N, 105.2551⁰ W), South(8.7832⁰S, 55.4 ⁰w), Central(12.7690' N, 85.6024⁰W), America and the adjoining islands also known as the Caribbean islands(21.4691⁰N, 78.6569• W).

i, am Fiduciary , Principal Guarantor Owner, Beneficial Owner, Attorney-In-Fact, owning 100% Equity for VIRGINIA LORETTA BAKER-WILLIAMS/VIRGINIA LORETTA BAKER(ESTATE, TRUST, SOLE CORPORATION, LLC, RECORD COPYRIGHT INDENTIFICATION etc.). Pertaining to all EIN(s) Birth Certificate Registrar No.***-**-**3025 and Social Security No.***-**-***2. All Banks, Probate, Federal Reserve, Universal Postal Union, Internal Revenue Service, Social Security Administration. In addition, they are put on Notice that i , virginia-loretta:baker-williams am of the age of majority and taking over my ESTATE. Here as the submitting supporting documents on record my virginia-loretta: baker-williams revocable living trust and Durable Power Of Attorney for VIRGINIA LORETTA BAKER/VIRGINIA LORETTA BAKER-WILLIAMS. i, also have been surety for the CESTUI QUE VIE TRUST.

i, acknowledge and a the following Declarations and Acts, and invoke all rights to include but not limited to, JUS SANGUINIS(the right of blood) of my Autochthonous, ancestors of Turtle Island; JUS REPRESENTATIONS(the right of representation)of my ancestors, myself and descendants concerning domestic and international a d claims; JUS RERUM(the right to things) both corporeal and incorporeal, produced by ancestors myself or my descendants and or as a result of contributions from my an descendants; JUS SOLIS(right of soil) being from, of and tied to the land including but not limited to the soil of the place I was borne, Lake Worth (commonly known as West Palm Beach) @ 26.709723, -80.064163, Illiniwek (commonly known as Florida) Territory and Turtle Island (the Americas); United Nations Declaration on the Rights of Indigenous Peoples 2007; American Declaration on the Rights Of Indigenous Peoples 2016; TheHoly Bible; Declaration on the Granting of Independence to Colonial Countries and Peoples 1960; Declaration of the Rights of the Child 1959; Universal Declaration of Human Rights 2015;Powers of Appointment Act 1951(Decedent Property Claims); Indian Citizen Act 1924; UnitedStates Constitution 1759; Treaty of Peace and Friendship; Articles of Confederation 1777; under file NON UCC registration/EAN number 0145778800800; privileges, property, titles(allodial, et al), entitlements, interest, equity, liberties, status(diplomatic) and intrinsic value contained therein ab initio (from the beginning) for perpetuity.

INTERNATIONAL AFFIDAVIT OF TRUTH OF
AUTOCHTONOUS PRIVATE PROTECTED
CIVILIAN STATUS IDENTITY DETERMINATION

Whereby I peaceably, humbly yet confidently invoke 6011 faith, support and cooperation from domestic and international sources to assist with the restoration and manifestation of my autochthonous private protected civilian and my autochthonous people's inalienable rights and protections including but not limited to those expressed in the documents cited herein; the acquisition of properties, . including but not limited to digital, agricultural, intellectual and economic; to publish and promulgate the existence (I/we are living) and political status of and freely pursue the economic, social, religious, spiritual, and cultural development Of the institutions and Customs of my autochthonous ancestors, current and future peoples with autonomy, as well as ways and means for financing their autonomous functions. This International Affidavit of Truth serves as notice to people (mankind), nations and systems (institutions, et al) of the world. The

acknowledgement, acceptance and invocation of the rights contained herein stands ab nitio for perpetuity. Whereas i, dr. virginia-loretta:baker-williams, Autochthonous Tribe (Chieffess The House Of Williams) has attained the age of majority, competency; is not lost at sea; is not dead. I revoke; rescind via disaffirmance any and all previous contracts and or Powers of Attorneys entered into during infancy; I am the authorized representative of myself and my Tribe of Autochthonous peoples, ab initio for perpetuity; General Administrators/Executors for Dr. Virginia-Loretta: Baker-Williams; Jerrod-Antoine-Denard:Williams Sr. (to include any and all variants); I demand that all records (automated, digital, et al), documentation (papers, hardcopy, et al) domestic and international be corrected without delay to relent the content expressed herein. Further Affiant sayeth not.

INTERNATIONAL AFFIDAVIT OF TRUTH OF
AUTOCHTONOUS PRIVATE PROTECTED
CIVILIAN STATUS IDENTITY DETERMINATION

By: _jerrod-antoine-denard: williams sr._          Date: 12/17/2021

jerrod-antoine-denard: williams sr.
Autochthonous Private Protected Civilian
Chiefess of The House of Williams

By: _jaujin + loretta : bahr Wilm_

By: _Vagmiceslben - lollena lebbeire_

By: _ankd-antine-denedl widiare_

By: _Tareeq Jordan williams_

By: _Clinton Uaheeh Williams_

## NOTICE

All IDENTIFICATION are All rights Reserved through TRADENAMES Autochthonous Civilian Rights are
also protected at all times. This Notarization does not take away my Autochthonous rights but
enhances my authority in the PUBLIC SECTOR. Pertaining to the UNITED STATES FEDERAL
CORPORATION BYLAWS.(TITLE 28 3002 15).

## Notary Acknowledgement

Florida State          )
                            )
Duval County          )

This instrument was sworn, acknowledged, and subscribed before me by all signers on this _17th___ day of December 2021.

_WayShawn Kay_                    Notary Public State of Florida
                                         WayShawn Kay
                                         My Commission HH 023180          7-24-2024
                                         Expires 07/24/2024
Notary Public                                                                   Commission Expire



## State of Florida

*Department of State*

# APOSTILLE

**(Convention de La Haye du 5 octobre 1961)**

1. Country:   United States of America

This public document

2. has been signed by   <u>WayShawn Kay</u>

3. acting in the capacity of   <u>Notary Public of Florida</u>

4. bears the seal/stamp of   <u>Notary Public, State of Florida</u>

Certified

5. at   <u>Tallahassee, Florida</u>

6. the   <u>Fourteenth day of December, A.D., 2021</u>

7. by   <u>Secretary of State, State of Florida</u>

8. No.   <u>2021-173974</u>

9. Seal/Stamp:



10. Signature:

Secretary of State
Secretary of State

DSDE 99 (2/12)

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document.

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver  EAN  #0145778965745*

Prepared By and Send To:
Dr. Baker-Williams
c/o 1100 Kings Road #2576
Jacksonville, Florida [32203]



0  145778  965745

# Worldwide Common Law Copyright Affidavit/Claim

This constitutes actual and constructive notice of the copyright protections for this trade-name/trademark and Worldwide Common law Copyright, VIRGINIA LORETTA BAKER © under file Records NON UCC registration/EAN number 0145778965745 owned by dr. virginia loretta baker-williams , an original expression created on or about _08_/_05__/_1983_____, with all rights reserved, held by Dr. Virginia Loretta Baker-Williams, for the VIRGINIA LORETTA BAKER Trust, herein after Trust, domiciling Kenya  of Said common-law trade-name/trade mark No Usufruct shall be issued to anyone, agent, agency or corporation, jurisdiction, nation, state, state affiliate, country or etc., except by registered agreement/contract and may not be used, printed, duplicated, transmitted, displayed, neither in whole nor part, nor in any manner whatsoever, without the prior, express, written consent an acknowledgement of the Trust, hereinafter "Secure Party." With the intent of being contractually bound, any juristic person of any country or nation , as well as the agent of said juristic person, assents, consents, and agrees that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the tradename, trademark, nor the  common-law copyright described herein, nor any derivative, variation, and/or spelling and printing of VIRGINIA LORETTA BAKER, including and not limited to all derivatives, variations in the spelling, abbreviating, upper/lower case rendering and writing of said trade name/trade-mark.

Secured Party neither assents, nor contents, nor agrees with, nor grants, nor implies any authorization for; any unauthorized use of tradename, trademark,

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver  EAN  #0145778965745*

and all unauthorized use is strictly prohibited. Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Copyrighted Property ; Self-Executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law-Copyrighted Property; By thee term both the person and the agent of said person engaging in unauthorized use of copyrighted property, hereinafter jointly referred  to as the "Interloper" does assent, consent, and agree that any use of the tradename/trade-mark, except the authorized use as set above constitutes unauthorized use, unauthorized reproduction, copyright infringement , and counterfeiting, of  Secured Party's Common Law-Copyrighted Property, is contractually binding upon said Third Party Interloper, securing an interest in said Interloper's assets , land and personal property for equal consideration and not less than it's value of $100,000,000.00 (one hundred million dollars) in pure silver .999 coins/bars and 100 (one hundred) acres of land in State of Secured Party's choice. Any person claiming an adverse interest, challenging, or rebutting the rights of the Secured Party may write to the Trust in care of; Queen Beautiful Goddess: Creation Of Life,

c/o 1100 Kings Road Suite 2576, Jacksonville Florida (32203)-9998, non-domestic/without the USA.

**SIGNATURES**

Worldwide Trade Name/Trademark/Copyright Affidavit                Page 2

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver EAN #0145778965745*

Secured Party accepts all signatures and acknowledges Debtor's signature as representative of all derivations thereof.

VIRGINIA LORETTA BAKER, DEBTOR, a Legal Entity

Virginia Loretta: Baker-Williams , Secured Party, a Woman for 98 TRUST

VIRGINIA LORETTA BAKER

America Republic )

) ss. ACKNOWLEDGEMENT

Floridian )

For the purpose of verification only, on the 12th day of November Month, 2021, Virginia Loretta Baker-Williams personally appeared before us and proved to us on the basis of satisfactory evidence to be the individual whose name is subscribed hereto and acknowledged to us that she executed the same. Subscribed before us this day. Witness my (our) hands and seals this 12th day of November 12 , 2021.

By: Jerud - Antoru-Demol: William Sr.

**WITNESS 1 SIGNATURE**

By: Shum i Ruth-Huber

**WITNESS 2 SIGNATURE**

**STATE OF Florida**

**Duval COUNTY, ss.**

On this **12** day of **November**, **2021**, before me appeared Virginia-Loretta: Baker-Williams, as Principle and Principal of this Affidavit who proved to me through herself and/or a government issued photo identification to be the above-named person, in my presence executed this foregoing instrument and acknowledged that she executed the same as her own free act and deed with no usufruct issued.

Notary Public _WayShawn Kay_

**NOTARY SEAL**

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

My commission expires: _07-24-2024_

Worldwide Trade Name/Trademark/Copyright Affidavit                    Page 5

A black and white copy of this document is not official.



# $\mathfrak{State}$ of $\mathfrak{Florida}$

### $\mathfrak{Department}$ of $\mathfrak{State}$

# APOSTILLE

### (Convention de La Haye du 5 octobre 1961)

1. Country:   **United States of America**

   This public document

2. has been signed by   <u>**WayShawn Kay**</u>

3. acting in the capacity of   <u>**Notary Public of Florida**</u>

4. bears the seal/stamp of   <u>**Notary Public, State of Florida**</u>

   **Certified**

5. at   <u>**Tallahassee, Florida**</u>

6. the   <u>**Fourteenth day of December, A.D., 2021**</u>

7. by   <u>**Secretary of State, State of Florida**</u>

8. No.   <u>**2021-173975**</u>

9. Seal/Stamp:

10. Signature:



Secretary of State
Secretary of State

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document.

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver  EAN  #0145778102102*

Prepared by and Send To:
Dr. Baker-Williams
c/o P.O. Box 2576
Jacksonville, Florida [32203]



0  145778  102102

# Worldwide Common Law Copyright Affidavit/Claim

This constitutes actual and constructive notice of the copyright protections for this trade-name/trademark and Worldwide Common law Copyright, JERROD ANTOINE-DENARD WILLIAMS© under file NON UCC registration/EAN number 0145778102102 owned by jerrod antoine-denard williams sr. , an original expression created on or about  _07_/_17__/_1983____, with all rights reserved, held by  Jerrod Antoine-Denard Williams Sr., for the  JERROD ANTOINE-DENARD WILLIAMS Trust, herein after Trust, domiciling Kenya  of Said common-law trade-name/trade mark No Usufruct shall be issued to anyone, agent, agency or corporation, jurisdiction, nation, state, state affiliate, country or etc., except by registered agreement/contract and may not be used, printed, duplicated, transmitted, displayed, neither in whole nor part, nor in any manner whatsoever, without the prior, express, written consent an acknowledgement of the Trust, hereinafter "Secure Party." With the intent of being contractually bound, any juristic person of any country or nation , as well as the agent of said juristic person, assents, consents, and agrees that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the tradename, trademark, nor the  common-law copyright described herein, nor any derivative, variation, and/or spelling and printing of JERROD ANTOINE-DENARD WILLIAMS, including and not limited to all derivatives, variations in the spelling, abbreviating, upper/lower case rendering and writing of said trade name/trade-mark.

Secured Party neither assents, nor contents, nor agrees with, nor grants, nor implies any authorization for; any unauthorized use of tradename, trademark, and all unauthorized use is strictly prohibited. Mutual Assent Implied and

---

Worldwide Trade Name/Trademark/Copyright Affidavit

Page 1

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver  EAN  #0145778102102*

**Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Copyrighted Property ; Self-Executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law-Copyrighted Property; By thee term both the person and the agent of said person engaging in unauthorized use of copyrighted property, hereinafter jointly referred  to as the "Interloper" does assent, consent, and agree that any use of the tradename/trade-mark, except the authorized use as set above constitutes unauthorized use, unauthorized reproduction, copyright infringement , and counterfeiting, of  Secured Party's Common Law-Copyrighted Property, is contractually binding upon said Third Party Interloper, securing an interest in said Interloper's assets , land and personal property for equal consideration and not less than it's value of $100,000,000.00 (one hundred million dollars) in pure silver .999 coins/bars and 100 (one hundred) acres of land in State of Secured Party's choice. Any person claiming an adverse interest, challenging, or rebutting the rights of the Secured Party may write to the Trust in care of;  King Jerrod-Warrior: Peace Of Life,**

**(32203)-9998, non-domestic/without the USA.**

**SIGNATURES**

---

Worldwide Trade Name/Trademark/Copyright Affidavit           Page 2

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver  EAN #0145778102102*

Secured Party accepts all signatures and acknowledges Debtor's signature as representative of all derivations thereof.

JERROD ANTOINE-DENARD WILLIAMS, DEBTOR, a Legal Entity

*JERROD ANTOINE-DENARD WILLIAMS*

Jerrod Antoine-Denard: Williams Sr. , Secured Party, a Man for 98 TRUST JERROD ANTOINE-DENARD WILLIAMS

*By: Jerrod Antoine-Denard: Williams Sr.*

America Republic          )

          ) ss. ACKNOWLEDGEMENT

Floridian                 )

For the purpose of verification only, on the 12th day of November Month , 2021, Jerrod Antoine-Denard Williams Sr. personally appeared before us and proved to us on the basis of satisfactory evidence to be the individual whose name is subscribed hereto and acknowledged to us that he  executed the same. Subscribed before us this day.  Witness my (our) hands and seals this 12th day of November 12  , 2021.

Worldwide Trade Name/Trademark/Copyright Affidavit                Page 3

*Original Document Valued at $100,000,000.00 in fine .999 Pure Silver  EAN  #0145778102102*

*By: Virginia -Loretta : Bohm Mullis*

**WITNESS 1 SIGNATURE**

*By: Drummi Ruth - Pitten*

**WITNESS 2 SIGNATURE**

Worldwide Trade Name/Trademark/Copyright Affidavit

Page 4

# NOTARY ACKNOWLEDGMENT

STATE OF _Florida_____

_Duval___COUNTY, ss.

On this 12___day of_November_____, 2021___ , before me appeared Jerrod Antoine-Denard: Williams Sr., as Principle and Principal of this Affidavit who proved to me through himself and/or a government issued photo identification to be the above-named person, in my presence executed this foregoing instrument and acknowledged that he executed the same as his own free act and deed with no usufruct issued.

Notary Public_____

**NOTARY SEAL**

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

My commission expires:__07-24-2024_____

Worldwide Trade Name/Trademark/Copyright Affidavit                    Page 5

# REVOCABLE TWO-PARTY LIVING TRUST

## OF

# <u>jerrod antoine-denard williams revocable living trust</u>

# <u>And</u>

# <u>virginia loretta baker revocable living trust</u>

This Revocable Living Trust dated _10__ day of _, 2021___, by and between:

**GRANTOR'(S)**

<u>c/o 1100 Kings Road #2576, Jacksonville, Florida [32203]</u> with a mailing address of **jerrod-antoine-denard :williams sr. and virginia-loretta: baker-williams** (referred to as the "Grantor'(s),") and "Trustee'(s).

**TRUSTEE'(S)**

<u>c/o 1100 Kings Road #2576, Jacksonville, Florida [32203]</u> with a mailing address of **jerrod-antoine-denard: williams sr. and virginia-loretta:baker-williams.** If the names of the trustee'(s) unforeseen circumstances names of the successor **<u>Trustee'(s) king-jerrod-god: creation of life and queen-beautiful-goddess:creation of life</u>** (referred to as the "Trustee'(s),")

The Grantor'(s) and Trustee'(s) agrees to hold any property transferred to this Revocable Living Trust, from whatever source, together with such monies, and other assets as the Trustee'(s) may in "Trust Estate" under the following terms lifetime :

assets as the Trustee'(s) may in "Trust Estate" under the following terms lifetime :

NOW, THEREFORE, in consideration of the premises and of the mutual covenants herein contained; herein contained the Grantor'(s)  agrees to the property execute such further instruments as shall be necessary to vest the Trustee'(s) with full title to the property, and "Trustee'(s) agrees to hold the Trust Estate, IN TRUST, NEVERTHELESS, for the following uses and purposes and subject to the and conditions hereinafter set forth:

The Trustee'(s) shall hold, manage, invest and reinvest the Trust Estate( If any such management and investment) and shall collect the income, if any, therefrom and shall dispose of the net income and principal as follows:

**Article 1.** <u>Names of the Trust</u>: This Trust shall be known as the <u>" jerrod antoine-denard williams sr. and virginia loretta baker-williams </u> revocable living trust" hereinafter known as the "Trust". During the lifetime of the Grantor'(s), the Trustee'(s) shall pay to or apply for the benefit of the Grantor'(s) all the net income from the trust.

2.---- ----During the lifetime of the Grantor'(s), the Trustee'(s) may pay to or apply for the benefit of the Grantor'(s) such sums from the principal of this Trust as in its sole discretion shall be necessary or advisable from time to time for the medical care, comfortable maintenance and welfare of the Grantor'(s), taking into consideration to the extent the Trustee'(s) deems advisable, any other income or resources of the Grantor'(s) known to the Trustee'(s).

3.—— —— The Grantor'(s) may at any time during our lifetime and from time to time, withdraw all or ay part of the principal of this Trust, free of trust, by delivering an

instrument in writing duly signed by his and her to the Trustee'(s), describing the property or portion thereof desired to be withdrawn. Upon receipt of such instrument, the Trustee'(s) shall thereupon convey and deliver to the Grantor'(s), free of trust, the property described in such instrument.

**Article 2**. <u>Transfer of Property</u>: On the date set forth above, the Grantor transferred to the Trust Estate and assets described in Attachment A which is attached and incorporated into the Trust. The Grantor'(s) or someone acting on the Grantor's behalf may transfer property, during the lifetime of the Grantor' (s) or by the Grantor's Will, to the Trust and list such property on Attachment A.

The Grantor'(s), along with any other individual, may transfer property to the ownership of the Trust. Property may be added to the Trust by writing in Attachment A, by attached receipt, or by placing the property under the ownership of the Trust.

Attachment A is for reference only, and any property transferred to the Trust formally or informally, but not listed on Attachment A, is also part of the Trust. All property transferred to the Trust formally or informally, together with the investments and reinvestments, as well as any income earned is sometimes collectively referred to herein as the "Trust Estate". All property transferred to or deposited with the Trustee shall be held by it in trust for the uses and purposes stated herein.

**Article 3**. <u>Life of the Grantor'(s)</u>: During the life of the Grantor'(s), the Trustee'(s) shall hold, manage, and administer the Trust Estate and at the Grantor'(s) request, dispose of the net income and principal. In the absence of any such request, the Trustee may

pay to the benefit of the Grantor'(s) any part of the net income and principal as the Trustee deems advisable, with full power to accumulate any income not paid and to hold such income and property for later use. In the event of the Grantor'(s) becomes incapacitated, the Trustee'(s) is authorized to use any part or all of the net income and principal for the benefit of the Grantor'(s) as the Trustee'(s) deems advisable, with full power to accumulate any income not paid and to hold for future use or to add to the principal.

**Article 4.** <u>Death of the Grantor'(s)</u>: Upon the death of the Grantor'(s), except as otherwise set forth below, the Trustee shall hold, administer and dispose of the Trust Estate as follows:

B. In the event the assets of the Grantor'(s) residuary probate estate shall be insufficient to pay for the Grantor'(s) funeral expenses, expenses of administration and all Federal and State taxes in the nature of estate, inheritance or like taxes, such obligations shall be paid by the Trustee'(s) to the extent that they exceed said residuary probate estate assets.

C. In making any payments under this Article, the Trustee'(s) may rely on any certificate of the legal representative of the Grantor'(s) estate as to the amount of said payment and the person to whom it is to be paid.

**Article 6.** <u>Estate of Grantor'(s)</u>: Notwithstanding the instructions in Article 4 with respect to the distribution of income and principal, the Trustee'(s) is authorized in its discretion to use the income and principal of the Trust, from time to time as follows:

A. To purchase and to retain as investments any securities or other property, real or

personal, belonging to the estate of the Grantor'(s).

B.  To make loans or advances to the personal representative of the estate of the Grantor'(s) on such reasonable terms as it deems advisable.

C.  The Trustee'(s) is not obligated to see to the application of any funds paid over to the estate of the Grantor'(s).

**Article 7**. <u>Trustee'(s) Powers</u>: As an extension and not a limitation of all common law and statutory authority, and except where in conflict with any other provision in the Trust, the Trustee'(s) shall have the following powers and authority:

A.  To accept and receive property, real or personal, from the Grantor, from the Grantor's estate or from any other estate, trust or person, and to hold the same as a part of the Trust.

B.  To collect income, interest, dividends, rents and profits.

C.  To retain any part or all of the property, real or personal, received to be held in trust hereunder in the form of investments, and to invest and reinvest the property of the Trust in any investments as the Trustee'(s) may deem proper without regard for the principles of diversification or whether any form of investment would ordinarily be considered as suitable for a trustee'(s) to make or hold; and to retain any real estate or tangible personal property received to be held in trust hereunder and/or to acquire any real property and/or tangible personal property, permitting the Beneficiaries to make such use thereof as is advisable and commensurate with their beneficial interests, and to make repairs and improvements and pay taxes, insurance premiums and other charges with

respect thereto as the Trustee'(s) may deem advisable.

D. To sell any real or personal property of the Trust at public or private sale for cash or on credit or to exchange the same on terms as the Trustee'(s) may deem advisable; to lease any real or personal property of the Trust at times and on terms as the Trustee'(s) may deem advisable, whether or not the lease may extend beyond the term of any trust.

E. To borrow for the purposes of the Trust and to mortgage or pledge any real estate or personal property as security for any such loans.

F. To foreclose by entry or otherwise, extend, assign or give partial releases of any mortgages, to discharge mortgages or liens on real or personal property.

G. To sign, seal, execute and deliver all proper and necessary conveyances and instruments for the purposes of the Trust.

H. To grant options for the sale or exchange of any property.

I. To vote in person or by proxy upon all stocks or other securities held and to exercise all conversion, subscription, voting and other rights of whatever nature pertaining to the property of the Trust and to pay any sums as may be deemed advisable in connection therewith; and to exercise stock options.

J. To participate in any plan of reorganization, consolidation or merger, to deposit any property of the Trust under any such plan or with any protective or reorganization committee, to delegate to such committee discretionary power with respect thereto, to pay a proportionate part of the expenses of the committee and any assessments levied under any plan and to accept and retain

new securities received in pursuance of any plan.

K. To hold securities or any real or other personal property in the name of a nominee or nominees, or in any other form.

L. To employ legal counsel, investment counsel and agents, to decide whether or not to act upon their recommendations and to pay to them reasonable compensation from the Trust Estate.

M. To take any proceedings at law or in equity with reference to or in any matter concerning the Trust and to represent the interests of the Trust in any proceedings, with power to compromise or refer to arbitration any dispute in any way affecting the same.

N. To take steps and to do any acts which may be deemed necessary or proper for the due care and management of the Trust.

O. To value all property to be divided or distributed at then current fair market values, and, in the Trustee'(s) discretion, to convert all or any part of such property into money and to make division or distribution thereof in kind or in money

P. To refuse to accept property as a trust asset if such property could result in liability to the Trust or otherwise impair the value of any Trust Estate.

Q. To place any portion or all of the trust funds in any custodial or agency account or other similar account administered by a banking institution or trust company and to rely upon their investment decisions, such not constituting an unauthorized delegation of the Trustee'(s )duties; provided that this paragraph shall not be

Page 7

applicable if the Trustee'(s) is a corporate Trustee'(s).

R. To have dealings between or among separate trusts or trust shares hereunder, including the purchase, sale or exchange of assets, or the borrowing or lending of money, on such reasonable terms as may be appropriate in the circumstances.

S. To open and maintain checking or savings accounts in any bank or banks and to designate any one or more persons to execute checks or make withdrawals therefrom.

T. To make loans to any person or persons upon such reasonable terms as the Trustee'(s) may determine, provided that no loan shall be made to any person who is also serving as a Trustee'(s) hereunder.

**Article 8**. <u>Payment of Premiums</u>: The Trustee'(s) shall in no way be bound to pay the premiums or other charges on any policy payable hereunder, nor to see that any such policy is kept in force, but shall use its best efforts to collect any sum payable thereunder whenever by the terms of such policy or policies, the same shall be payable to the Trustee'(s) and it shall have knowledge thereof.

**Article 9**. <u>Distributions by Trustee'(s); Limitation on Exercise of Special Power of Appointment</u>: The Trustee'(s) is authorized to make payments of principal or income directly to and otherwise to deal with minors as though of full age or to make such payments for the benefit of such minor, or to the parent or person having custody of the minor for his or her use, all as the Trustee'(s) may designate. No grantee or holder of any special power of appointment granted under the Trust shall have the right or power to exercise such special power in any manner that can satisfy any legal obligation of

such grantee, or holder, including, but not limited to, any legal obligation of support.

**Article 10**. <u>Accounting</u>: Unless directed otherwise by an adult Beneficiary of the Trust, the Trustee'(s) may accept such amount of property distributed to it by the legal representative of the Grantor's estate as constituting all the property to which the Trustee'(s) is entitled under the Grantor's Will. The Trustee'(s) shall have no duty to review the administration of the Grantor's estate by such legal representative, unless the Trustee'(s) has actual affirmative knowledge of any impropriety in such administration.

At any time during or after the Trust's existence a Beneficiary may request an accounting of the property in the Trust which may or may not include income, liabilities, and a list of assets known to be in the Trust's possession.

**Article 11**. <u>Spendthrift Provisions</u>: The interest of any Beneficiary in any share or part of the Trust, both principal and income, shall not be alienable, assignable, attachable, transferable nor paid by way of anticipation, nor in compliance with any order, assignment or covenant and shall not be applied to, or held liable for, any of his or her debts or obligations either in law or equity and shall not in any event pass to his or her assignee or trustee under any instrument nor under any insolvency or bankruptcy law, and shall not be subject to the interference or control of creditors, spouses or others. Nothing contained in this Article shall be construed as restricting in any way the exercise of any power of appointment granted herein.

**Article 12**. <u>Dealings With Third Parties</u>: Any person, firm, corporation or entity dealing with the Trustee'(s) may always, rely upon the Trustee'(s), as being duly authorized hereunder in all particulars; and no such person, firm, corporation or entity shall in any

way be responsible for the proper use or application of any property delivered, or any funds paid over or advanced, by any of them to the Trustee'(s); and the receipt of the Trustee'(s) for any payment or advancement made to the Trustee'(s), or for any property delivered to the Trustee'(s), shall be a complete discharge and acquaintance to the extent specified in such receipt. Persons dealing with the Trustee'(s) shall look only to the property administered by the Trustee'(s) for payment of claims and not to the Trustee'(s) personal property.

B. <u>Appointment of Co-Trustee by an Individual Trustee</u>: Any individual who is serving as a Trustee may at any time appoint another person or a corporate Trustee to serve as a co-Trustee but only during the period of time that such individual is serving as a Trustee.  The Trustee has the right to remove such co-Trustee from such office, with or without cause, upon written notice thereof mailed or delivered to such appointed co-Trustee.

C. <u>Removal or Incapacity</u>: During the Grantor's lifetime, he or she shall have the right to remove any Trustee. Should any Trustee hereunder become incapacitated, as determined pursuant to the Indenture or otherwise, such person shall cease to serve as Trustee and the office of Trustee shall be deemed vacant if no other Trustee is then serving.

D. <u>Resignation of Trustee</u>: Any Trustee hereunder may resign by a notice in writing delivered to the Grantor, if the Grantor is then living, and, after the Grantor's death, to all current Beneficiaries of the Trust.

E. <u>Certified Copies and Certificate of Trustee'(s)</u>: Anyone may rely upon a copy hereof certified by a Notary Public to be a true copy of the instrument

F.  Trustee'(s) Accountings: The Trustee'(s), other than the Grantor-Trustee'(s), may, and, upon request of any Beneficiary hereof, shall, render periodic accounts with respect to the trusts hereunder to the person or persons then entitled to receive any income or principal from the Trust.

G. Bond: The Grantor directs that no Trustee'(s) hereunder be required to furnish bond, or surety on any bond, for the performance of its duties as Trustee'(s) in any jurisdiction.

H. Successor Trustees or Co-Trustees: All rights, powers and exemptions reserved or granted to the Trustees hereunder shall extend to any successor Trustees or co-Trustees. No successor Trustees or co-Trustees shall succeed to such office until he/she/it accepts such office in writing. Any successor Trustees or co-Trustees may accept, without examination or review, the accounts rendered and the property delivered by any predecessor Trustees or present co-Trustees without liability. Each successor Trustees or co-Trustees has the same title, power and duties as the Trustees succeeded or, in the case of a co-Trustees, the other then present Trustees, without any additional conveyance. Any reference to a "Trustees" refers equally to any successor Trustees or co-Trustees.

I. Compensation of Trustees';any individual Trustees serving hereunder shall be entitled to: (Choose One)

☐ - No compensation whatsoever.

☐ - Be paid a reasonable fee from the Trust Estate based on the amount of time expended by such Trustee in carrying out his or her duties hereunder. Any corporate

Trustee shall be entitled to be paid a fee based upon its fee schedule from time to time that is required to be published.

J. <u>Liability of an Individual Trustee's(s)</u>: No individual Trustee's(s) (as opposed to a corporate Trustee's(s)) shall, with respect to the investment of Trust Estate, be liable for any action taken, or failure to act, unless such action, or failure to act, was done willfully and in bad faith or fraudulently.

K. <u>Corporate Trustee's(s)</u>: The term "corporate Trustee's(s)" shall mean a Trustee's(s) which is a banking institution or trust company regularly engaged in the business of trust administration in which no Beneficiary has any controlling interest.

**Article 14.** <u>Governing Law</u>: The Trust is made and executed in the State of Florida and is to be governed and construed according to the laws of said State.

**Article 15.** <u>Survival</u>: No individual or organization may make a claim or benefit from the Trust unless it is determined that the benefiting party has survived the Grantor by _____ days.

**Article 16.** <u>Incapacity</u>: If the Grantor's(s) becomes incapacitated, the Trustee's(s) shall distribute such amounts of the income and principal of the Trust for the comfort, health, support, maintenance and any additional care needed. Trustee's(s) has discretion to determine what amount is appropriate and necessary to maintain the Grantor's(s) accustomed standard of living. Incapacity shall be defined as a lack of ability to manage his or her own personal and financial affairs, which may be due either to a mental or physical condition. The determination of incapacity shall be made by either a court of competent jurisdiction or two physicians licensed to practice medicine in the state where

the Grantor is domiciled at the time of the certification. One of the two physicians shall be board certified in the specialty most closely associated with the cause of the Grantor'(s) incapacity.

The Grantor'(s) shall be deemed to have regained capacity if there is a finding to that effect by a court of competent jurisdiction or two licensed physicians that the Grantor is capable of managing his or her personal and financial affairs.

**Article 17.** <u>Order of Death</u>: At the time of the Trust's creation the Grantor'(s): (Choose One)

☐ - Is Not Married

☐ - Is Married with the spouse known as _____ (referred to as the "Grantor'(s) Spouse") and therefore if their death occurs where it cannot be determined whether who died first, the Grantor or the Grantor'(s) Spouse, then the property and assets shall be transferred as follows:

(Check One)

☐ - Grantor'(s) Dies First – The Grantor'(s) shall be determined as the individual that died first with the estate of the Grantor'(s) Spouse able to claim any and all property, life insurance claims, and any other property in the same right as if the Grantor'(s) Spouse survived the Grantor'(s).

☐ - Grantor'(s) Dies Second – The Grantor'(s) shall be determined as the individual that died second with the estate of the Grantor'(s) Spouse not able to claim any property, life insurance claims, or any other property in

the same right as if the Grantor's Spouse predeceased the Grantor.

**Article 18**. Offsprings/<u>Children</u>: For the purposes of the Trust the children of the Grantor are as follows:

_____ .

**Article 19**. <u>Severability</u>: If any wording, sentence, or article of the Trust is determined to be invalid, unenforceable, or irrelevant for any reason whatsoever the remaining portions of the Trust remain legally valid and enforceable. If a court determines that limiting any such wording in the Trust would enable to become valid and enforceable then such wording shall be deemed written, construed, and enforced as so limited.

**Article 20**. Exclusion: For the purpose of outlining a clear and detailed Trust document the Grantor has specifically excluded the following individuals and/or organizations:

_____

**Article 21**. <u>Power to Alter, Amend or Revoke</u>: The Grantor'(s) reserves the right at any time or times during the Grantor'(s) lifetime to amend, alter or revoke the Trust, in whole or in part, or any provision thereof, by an instrument in writing signed by the Grantor'(s) and delivered to the Trustee'(s), provided that no such amendment or alteration shall in any manner increase the duties and responsibilities of any then Trustee'(s) in office without such Trustee'(s) consent. From and after the Grantor'(s) death the Trust shall be irrevocable and may not be altered, amended or revoked.

**Grantor's Signature** By: Jerrod - antoine-donald: williams sr.

Print Name By: Jerrod - antoine-Donald: williams sr. **Date** 1/10/2021

**Grantor's Signature** By: Virginia-loretta: baker-williams

Print Name By: Virginia-loretta: baker-williams **Date** 1/10/2021

I hereby accept the Trust hereinabove created upon the terms set forth herein and

agrees to act as Trustee'(s) thereunder.

**Trustee's Signature** By: Jerrod - antoine-donald: williams sr.

Print Name By: Jerrod-antoine-donald: williams sr. **Date** 1/10/2021

**Trustee's Signature** By: Virginia - loretta: baker-williams

Print Name By: Virginia-loretta: baker-williams **Date** 1/10/2021

I hereby accept the Trust hereinabove created upon the terms set forth herein and

agrees to act as Successor Trustee thereunder.

**Successor Trustee's Signature** By: King-Jerrod-God: Creation of life

Print Name By: King-Jerrod-God: creation of life **Date** 1/10/2021

Successor Trustee's Signature: By: Queen-beautiful-goddess: Creation of life

print name: queen-beautiful-goddess: creation of life

# AFFIDAVIT

State of ___Florida___ }

County of ___Duval___ }

I/We, the Grantor, Trustee(s) and the Witnesses and/or Notary Public, whose names are signed to the foregoing instrument, being first duly sworn, do hereby declare to the undersigned authority that the Grantor signed and executed the instrument as his/her Living Trust and that he/she signed willingly, and that he/she executed it as his/her free and voluntary act for the purposes therein expressed, and that each of the individuals, in the presence of the Grantor was at the time eighteen (18) or more years of age, of sound mind and under no constraint or undue influence.

Grantor's Signature _[signature]_ Date 1/10/2021

Grantor's Signature _[signature]_ Date 1/10/2021

Trustee's Signature _[signature]_ Date 1/10/2021

Successor Trustee's Signature _[signature]_ Date 1/10/2021

2nd Successor Trustee's Signature _[signature]_ Date 1/10/2021

Witness Signature _[signature]_ Date 1/10/2021

Witness Signature _[signature]_ Date 1/10/2021

## NOTARY ACKNOWLEDGMENT

On this 14th of August _____, 20 19 personally appeared the above-named

_____ and acknowledged the foregoing to be

(his/her) free act and deed, before me.

My Commission Expires: 7-24-2024

_Way Shawn Kay_

Notary Public

Print Way Shawn Kay

(Seal)

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

A black and white copy of this document is not official.



# State of Florida

### Department of State

I, Laurel M Lee, Secretary of State, do hereby certify that:

## *WayShawn Kay*

was commissioned as a Notary Public in and for the State of Florida:

| | |
|---|---|
| **Commission number:** | HH23180 |
| **Term beginning:** | July 25, 2020 |
| **Term expiring:** | July 24, 2024 |

as shown by the records of this office.

### Legal Qualifications and Authority of a Florida Notary Public

A Florida Notary Public is not licensed to practice law in the State of Florida, and may not give legal advice or accept fees for legal advice.

**Legal Qualifications of a Florida Notary Public:** A Florida Notary Public shall be at least 18 years of age and a legal resident of Florida. A Florida Notary Public must be able to read, write, and understand the English language.

**Legal Authority of a Florida Notary Public:** A Notary Public may administer an oath and make a certificate thereof when it is necessary for the execution of any writing or document to be published under the seal of a Notary Public. A Notary Public is authorized to take the acknowledgments of deeds and other instruments of writing for record. A Notary Public is authorized to solemnize the rites of matrimony. A Notary Public may supervise the making of a photocopy of an original document and attest to the trueness of the copy.



Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twenty-Seventh day of January, A.D., 2021.

Secretary of State

DSDE 99 (2/12)

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document.

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

## VIRGINIA LORETTA BAKER ESTATE
## GENERAL DURABLE POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS THAT I, **VIRGINIA LORETTA BAKER ESTATE** , a resident of **Duval** County, Florida (hereinafter referred to as "Principal"), designate, **dr.virginia-loretta:baker-williams** , to be my attorney-in-fact and agent.

1. <u>General Grant of Power.</u> I hereby grant to my agent, upon execution of this instrument, full power and authority to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to any person, matter, transaction or any interest in property owned by me, including, without limitation, my interest in all real property, including homestead real property; all personal property, tangible or intangible, including all corporate, partnership, and sole proprietorships; all property held in any type of joint tenancy, including a tenancy in common, joint tenancy with right of survivorship, or a tenancy the entirety; all property over which I hold a general, limited or special power of appointment; choses in action; and all other contractual or statutory rights or elections, including, but not limited to, any rights or elections in any probate or similar proceeding to which I am or may become entitled; all as to such property now owned or hereafter acquired by me. Except as otherwise limited by applicable law, or by this general durable power of attorney, my agent has full power and authority to perform, without prior court approval, everything necessary in exercising any of the powers herein granted as fully as I might or could do if personally present, with full power of substitution or revocation, and even though my agent may also be acting individually or on behalf of any other person or entity interested in the same matters. I hereby ratify and confirm that my agent shall lawfully have, by virtue of this general durable power of attorney, the powers herein granted, including, but not limited to, the following:

   (a) To forgive, request, demand, sue for, recover, collect, receive, hold all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pensions, profit sharing, retirement, social security, insurance and other contractual benefits and proceeds, all intangible and tangible property and property rights, and demands whatsoever, liquidated or unliquidated, now or hereafter owned by me, or due, owing, payable or belonging to me or in which I have or may hereafter acquire an interest.

   (b) To have, use, and take all lawful means and equitable and legal remedies and proceedings in my name for the collection and recovery of any property now or hereafter owned by me, and to adjust, sell, compromise, and agree for the same, and to execute and deliver for me, on my behalf, and in my name, all endorsements, releases, receipts, or other sufficient discharges for the same.

   (c) To acquire, purchase, invest, reinvest, exchange, grant options to sell, and sell and convey personal property, tangible or intangible, or interests therein, for such price and on such terms and conditions as my agent shall deem proper including, without limitation, stocks, bonds, warrants, debentures, commodities, precious metals, futures, currencies, and in domestic and foreign markets or investment funds, including common trust funds.

   (d) To execute stock powers or similar documents and to delegate to a transfer agent

1

of all liens and encumbrances except those specifically set forth in such transfer assignment.

(k)    To conduct or participate in any lawful business of whatever nature for me and in my name; execute partnership agreements and amendments thereto; incorporate, reorganize, merge, consolidate, recapitalize, sell, liquidate or dissolve any business; enter into voting trusts and other agreements or subscriptions; elect or employ officers, directors and agents; carry out the provisions of any agreement for the sale of any business interest or stock therein; and exercise voting rights with respect to stock, either in person or by proxy, and exercise stock options.

(l)    To make, execute and file any and all declarations, joint or separate returns, waivers, consents, claims and other instruments or forms (including, without limitation, IRS Form 2848 Power of Attorney and Petition of Appeal to the United States Tax Court) relating to federal, state, municipal and other taxes or assessments, including income, transfer, property, excise and other taxes of whatever nature and whether imposed or required by any domestic or by any foreign authority, and in connection with any such taxes or assessments due or claimed or believed to be due from me or in respect of any property or rights which I may own or in which I may have any interest.

(m)    To represent me before any office of the Internal Revenue Service, state agency, or any other governmental or municipal body or authority of whatever nature, domestic or foreign, and to conduct and transact any case, claim or matter whatsoever in connection therewith; to receive confidential information regarding tax matters for all periods, whether before or after the execution of this instrument; and to make tax elections.

(n)    To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power.

(o)    To employ as investment counsel, custodians, brokers, accountants, appraisers, attorneys at law or other agents, such persons, firms or organizations, including my said agent and any firm of which my said agent may be a member or employee, as deemed necessary or desirable; to pay such persons, firms or organizations such compensation as is deemed reasonable; and to determine whether or not to act upon the advice of any such agent without liability for acting or failing to act thereon.

2.    <u>Banking and Investment Powers</u>.  In addition to paragraph 1, my agent shall have the general authority to engage in the following banking and investment transactions pursuant to section 709.2208 of the Florida Statutes:

(a)    Establish, continue, modify, or terminate an account or other banking arrangement with a financial institution.

    (b)       Contract for services available from a financial institution, including renting a safe-deposit box or space in a vault.

    (c)       Withdraw, by check, order, electronic funds transfer, or otherwise, money or property of the principal deposited with or left in the custody of a financial institution.

    (d)       Receive statements of account, vouchers, notices, and similar documents from a financial institution and act with respect to them.

    (e)       Purchase cashier's checks, official checks, counter checks, bank drafts, money orders, and similar instruments.

    (f)       Endorse and negotiate checks, cashier's checks, official checks, drafts, and other negotiable paper of the principal or payable to the principal or the principal's order, transfer money, receive the cash or other proceeds of those transactions, and accept a draft drawn by a person upon the principal and pay it when due.

    (g)       Apply for, receive, and use debit cards, electronic transaction authorizations, and traveler's checks from a financial institution.

    (h)       Use, charge, or draw upon any line of credit, credit card, or other credit established by the principal with a financial institution.

    (i)       Consent to an extension of the time of payment with respect to commercial paper or a financial transaction with a financial institution.

    (j)       Buy, sell, and exchange investment instruments (as such term is defined in section 709.2208(2) of the Florida Statutes).

    (k)       Establish, continue, modify, or terminate an account with respect to investment instruments.

    (l)       Pledge investment instruments as security to borrow, pay, renew, or extend the time of payment of a debt of the principal.

    (m)       Receive certificates and other evidences of ownership with respect to investment instruments.

    (n)       Exercise voting rights with respect to investment instruments in person or by proxy, enter into voting trusts, and consent to limitations on the right to vote.

    (o)       Sell commodity futures contracts and call and put options on stocks and stock indexes.

3.    <u>Estate Planning Powers</u>. Notwithstanding paragraphs 1 and 2 and section 709.2201 of the Florida Statutes, my agent shall lawfully have, by virtue of this general durable power of attorney, the authority to exercise only those specifically enumerated estate planning powers listed below for which I have signed or initialed next to (provided the exercise is consistent with my agent's duties, and the exercise is not otherwise prohibited by another agreement or instrument):

4

(a) ___vw_____ Create or change rights of survivorship; create or change a beneficiary designation; and waive my right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan.

(b) ___vw_____ Agent may make gifts to my spouse or any charitable organization. All such gifts may be outright, in trust, or to any legal guardian or custodian, as my agent deems appropriate, even if my agent is such trustee, guardian, or custodian.

(c) ___vw_____ Amend, modify, or revoke any inter vivos trust created by me or on my behalf provided such trust instrument explicitly provides for amendment, modification, revocation, or termination by my agent.

(d) ___vw_____ Create an inter vivos trust and transfer any or all assets of mine to any such trust even if my agent is a trustee of such trust.

(e) ___vw_____ To withdraw from any trust, whether revocable or irrevocable, in which I have a current beneficial interest, such amounts of the principal or accrued or collected but undistributed income of such trusts as I would be permitted to receive or withdraw, pursuant to any right of receipt or withdrawal contained in such trusts.

(f) ___vw_____ To exercise any statutory rights or elections, including, but not limited to, any rights or elections in any probate or similar proceeding to which I am or may become entitled; to renounce or disclaim any property, powers of appointment or other interest otherwise passing to me by testate or intestate succession or by inter vivos transfer.

(g) ___vw_____ Consent to, pursuant to Internal Revenue Code Section 2513, as amended, the splitting of a gift made by my spouse in an amount per donee not to exceed the aggregate annual gift tax exclusions for both me and my spouse.

(h) ___vw_____ Make gifts to my children and my more remote lawful offspings/descendantof much of my property, including (but not limited to) any cash, securities, life insurance policies, and real property, as my agent deems appropriate for their comfort and care, and to continue my program of giving annually to each of my children which may include amounts equal to the annual federal gift tax exclusion (presently fourteen thousand dollars ($15,000) per donee, under Internal Revenue Code Section 2503(b), as amended) or amounts that may use all or part of my remaining unified credit (as determined under Internal Revenue Code Section 2010), or twice any of the foregoing amounts if my spouse agrees to be treated as having made one-half of such gifts under Internal Revenue Code Section 2513, as amended. All such gifts may be

5

outright, in trust, or to any legal guardian or custodian under any applicable Uniform Transfers (or Gifts) to Minors Act,
as my agent deems appropriate, even if my agent is such trustee, guardian, or custodian.

4.   Limitations. Notwithstanding the powers contained in this general durable power of attorney, my agent shall not:

(a)   Perform duties under a contract that requires the exercise of personal services by me.

(b)   Make any affidavit as to my personal knowledge.

(c)   Vote in any public election on my behalf.

(d)   Execute or revoke any will or codicil on my behalf.

(e)   Exercise powers and authority granted to me as trustee or as court-appointed

fiduciary.

5.   Interpretation and Governing Law. This instrument is to be construed and interpreted as a general durable power of attorney as provided for in section 709.2101 of the Florida Statutes (or its successor provision). This instrument is executed and delivered in the State of Florida, and the laws of the State of Florida shall govern all questions as to the validity of this power and the construction of its provisions. However, it is my intention that this power of attorney shall be exercisable in any other state or jurisdiction where I may have any property or interests in property, provided, however, if I have executed a separate instrument to be governed under the laws of another state or jurisdiction where I may have any property or interests in property, it is my intention that the other instrument shall be controlling as to the property or interests in property in that other state or jurisdiction to the extent the other instrument is valid and enforceable under the laws of that other state or jurisdiction.

6.   Third-Party Reliance. Third parties may rely upon the representations of my agent as to all matters relating to any power granted to my agent, and no person who may act in reliance upon the representations of my agent shall incur any liability to me or to my estate, beneficiaries, or joint owners as a result of permitting my agent to exercise any power prior to receipt of written notice of revocation, suspension, notice of a petition to determine incapacity, partial or complete termination, or my death. Any third party may rely on a duly executed counterpart of this instrument, or a copy certified by my agent to be a true copy of the original hereof, as fully and completely as if such third party had received the original of this instrument.

7.   Revocation of Prior Instruments. By this instrument I hereby revoke any power of attorney, durable or otherwise, that I may have executed prior to the date of this general durable power of attorney,

excluding any (i) health care power of attorney or similar instrument or (ii) any other power of attorney on
a form provided by a financial institution granting powers specifically over the accounts and/or assets held
with such financial institution. I hereby confirm all acts of my agent pursuant to this power. Any act that is done under this power between the revocation of this instrument and notice of that revocation to my agent shall be valid unless the person claiming the benefit of the act had notice of that revocation.

## AGENT'S SIGNATURE AND ACKNOWLEDGMENT

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 11th day of
August , 2020.

VIRGINIA LORETTA BAKER ESTATE

_____

VIRGINIA LORETTA BAKER ESTATE,
Principal

Signed, sealed and delivered
in presence of:

Signed, sealed and delivered
in presence of:

Signature of Witness: _____

Signature of Witness _____

6

Print Name: _B & hunter & sharon-ruth_

_clotill Gilbert Drive, Jacksonville, Florida_
_[32019]_

**Address**

Print Name: _jerrod-antoine-denard & williams sr._

_c/o 1100 Kings Road, Suite 2570, Jacksonville,_
_Florida [32003]_

**Address**

[Notarial Block to Follow]

STATE OF FLORIDA )

           ) ss.

COUNTY OF **Duval** )

We, Dr.Virginia-Loretta: Baker-Williams, Sharon:Hunter____, and Jerrod-Antoine-Denard:Williams Sr., the Agent for the Principal and the Witnesses, respectively, whose names are signed to the attached or foregoing instrument, having been sworn, declared to the undersigned officer that the Agent for the Principal, in the presence of the Witnesses, signed the instrument as her Durable Power of Attorney and that she signed voluntarily and that each of the witnesses, in the presence of the Agent for the Principal and in the presence of each other, signed the instrument as a witness and that to the best of the knowledge of each witness, the Agent for the Principal was at the time eighteen or more years of age, of sound mind and under no constraint or undue influence.

_By: virginia-loretta & baker-williams_
_____, Agent For The Principal

_By: hunter & sharon-ruth_
**Witness**

_By: Jerrod-Antoine-Denard: Williams Sr._
**Witness**

  Acknowledged and subscribed before me **by x: Dr. Virginia-Loretta: Baker-Williams**___, the Agent for the Principal, who is personally known to me or who has produced Florida Drivers License as identification, and sworn to and subscribed before me by the witnesses, Sharon:Hunter___, who is personally known to me or who has produced Florida Driver License_ as identification, and by Jerrod-Antoine-Denard: Williams Sr.___, who is personally known to me or who has produced _Florida Driver License as identification, and subscribed by me in the presence of the Agent For The Principal and the subscribing witnesses, all on the _ll_ᵗʰ day of _August_ 2020.

          _____
         Notary Public, State of Florida
         (Print or Stamp Name, Commission # and Expiration below)

Notary Public, State of Florida
(Print of Signature, Commission # and Expiration below)

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

8

A black and white copy of this document is not official.



# State of Florida

## Department of State

I, Laurel M Lee, Secretary of State, do hereby certify that:

### *WayShawn Kay*

was commissioned as a Notary Public in and for the State of Florida:

| | |
|---|---|
| **Commission number:** | HH23180 |
| **Term beginning:** | July 25, 2020 |
| **Term expiring:** | July 24, 2024 |

as shown by the records of this office.

#### Legal Qualifications and Authority of a Florida Notary Public

A Florida Notary Public is not licensed to practice law in the State of Florida, and may not give legal advice or accept fees for legal advice.

**Legal Qualifications of a Florida Notary Public:** A Florida Notary Public shall be at least 18 years of age and a legal resident of Florida. A Florida Notary Public must be able to read, write, and understand the English language.

**Legal Authority of a Florida Notary Public:** A Notary Public may administer an oath and make a certificate thereof when it is necessary for the execution of any writing or document to be published under the seal of a Notary Public. A Notary Public is authorized to take the acknowledgments of deeds and other instruments of writing for record. A Notary Public is authorized to solemnize the rites of matrimony. A Notary Public may supervise the making of a photocopy of an original document and attest to the trueness of the copy.



Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twenty-Seventh day of January, A.D., 2021.

*Laurel M Lee*

Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

**JERROD ANTOINE-DENARD WILLIAMS ESTATE**
**GENERAL DURABLE POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS THAT I, **JERROD ANTOINE-DENARD WILLIAMS ESTATE**, a resident of **Duval** County, Florida (hereinafter referred to as "Principal"), designate, **jerrod-antoine-denard: williams sr.**, to be my attorney-in-fact and agent.

1.  General Grant of Power. I hereby grant to my agent, upon execution of this instrument, full power and authority to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to any person, matter, transaction or any interest in property owned by me, including, without limitation, my interest in all real property, including homestead real property; all personal property, tangible or intangible, including all corporate, partnership, and sole proprietorships; all property held in any type of joint tenancy, including a tenancy in common, joint tenancy with right of survivorship, or a tenancy by the entirety; all property over which I hold a general, limited or special power of appointment; choses in action; and all other contractual or statutory rights or elections, including, but not limited to, any rights or elections in any probate or similar proceeding to which I am or may become entitled; all as to such property now owned or hereafter acquired by me. Except as otherwise limited by applicable law, or by this general durable power of attorney, my agent has full power and authority to perform, without prior court approval, everything necessary in exercising any of the powers herein granted as fully as I might or could do if personally present, with full power of substitution or revocation, and even though my agent may also be acting individually or on behalf of any other person or entity interested in the same matters. I hereby ratify and confirm that my agent shall lawfully have, by virtue of this general durable power of attorney, the powers herein granted, including, but not limited to, the following:

    (a)  To forgive, request, demand, sue for, recover, collect, receive, hold all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pensions, profit sharing, retirement, social security, insurance and other contractual benefits and proceeds, all intangible and tangible property and property rights, and demands whatsoever, liquidated or unliquidated, now or hereafter owned by me, or due, owing, payable or belonging to me or in which I have or may hereafter acquire an interest.

    (b)  To have, use, and take all lawful means and equitable and legal remedies and proceedings in my name for the collection and recovery of any property now or hereafter owned by me, and to adjust, sell, compromise, and agree for the same, and to execute and deliver for me, on my behalf, and in my name, all endorsements, releases, receipts, or other sufficient discharges for the same.

    (c)  To acquire, purchase, invest, reinvest, exchange, grant options to sell, and sell and convey personal property, tangible or intangible, or interests therein, for such price and on such terms and conditions as my agent shall deem proper including, without limitation, stocks, bonds, warrants, debentures, commodities, precious metals, futures, currencies, and in domestic and foreign markets or investment funds, including common trust funds.

    (d)  To execute stock powers or similar documents and to delegate to a transfer agent

1

or similar person the authority to register any stocks, bonds, or other securities either into or out of my name or nominees name.

(e)    To redeem bonds issued by the United States Government or any of its agencies or any other bonds; and to purchase bonds issued by the United States Government that can be redeemed at par in payment of federal estate taxes.

(f)    To acquire, purchase, exchange, grant options to sell, and sell and convey any and all of my real estate, lands, tenements, leases, leaseholds or other property partaking of the nature of real estate or any part or parcel thereof, which I now own or may hereafter acquire, or interests therein, including my homestead real property, at public or private sale, for such price and on such terms and conditions as my agent shall deem proper; to execute any and all documents necessary to effectuate same including, but not limited to, contracts, deeds, affidavits, bills of sale, assignments and closing statements; provided, however, that if I am married, my agent may not convey or dispose of my homestead property without joinder of my spouse or my spouse's legal guardian. Joinder by my spouse may be accomplished by the exercise of authority in a durable power of attorney executed by my joining spouse, and either my spouse or I may appoint the other as attorney-in-fact and agent.

(g)    To maintain, repair, improve, invest, manage, partition, insure, rent, lease, encumber, and in any manner deal with any real or personal property, tangible or intangible, or any interest therein, that I now own or may hereafter acquire, in my name and for my benefit, upon such terms and conditions as my agent shall deem proper; and to execute, acknowledge and deliver all instruments necessary to effectuate the foregoing.

(h)    To open and maintain savings, checking, money market, certificate of deposits, retirement accounts and other accounts in my name or otherwise in any bank or financial institution or with any insurance or brokerage firm; to make, receive and endorse checks, drafts, or other commercial or mercantile instruments, deposit and withdraw funds, specifically including withdrawals from any savings account or savings and loan deposits; to acquire and redeem certificates of deposit and to utilize and manage such accounts; and to deal generally in my behalf with any instrument for the payment of money in which I may have an interest.

(i)    To borrow from time to time such sums of money upon such terms as my agent shall deem appropriate for, or in relation to, any of the purposes or objects described herein, upon the security of any of my property whether real or personal, or otherwise, and for such purposesto give, execute, deliver and acknowledge mortgages with such powers and provisions as my agent may think proper, and also such notes, bonds, or other instruments as may be necessary or proper in connection therewith; provided, however, that if I am married, my agent may not mortgage my homestead property without joinder of my spouse or my spouse's legal guardian. Joinder by my spouse may be accomplished by the exercise of authority in a durable power of attorney executed by my joining spouse, and either my spouse or I may appoint the other as attorney-in-fact and agent.

(j)    To apply for a Certificate of Title upon, and endorse and transfer title thereto for, any automobile, truck, pickup, van, motorcycle, all terrain vehicle or other motor vehicle, and to represent in such transfer assignment that the title to said motor vehicle is free and clear

2

of all liens and encumbrances except those specifically set forth in such transfer assignment.

(k)     To conduct or participate in any lawful business of whatever nature for me and in my name; execute partnership agreements and amendments thereto; incorporate, reorganize, merge, consolidate, recapitalize, sell, liquidate or dissolve any business; enter into voting trusts and other agreements or subscriptions; elect or employ officers, directors and agents; carry out the provisions of any agreement for the sale of any business interest or stock therein; and exercise voting rights with respect to stock, either in person or by proxy, and exercise stock options.

(l)     To make, execute and file any and all declarations, joint or separate returns, waivers, consents, claims and other instruments or forms (including, without limitation, IRS Form 2848 Power of Attorney and Petition of Appeal to the United States Tax Court) relating to federal, state, municipal and other taxes or assessments, including income, transfer, property, excise and other taxes of whatever nature and whether imposed or required by any domestic or by any foreign authority, and in connection with any such taxes or assessments due or claimed or believed to be due from me or in respect of any property or rights which I may own or in which I may have any interest.

(m)     To represent me before any office of the Internal Revenue Service, state agency, or any other governmental or municipal body or authority of whatever nature, domestic or foreign, and to conduct and transact any case, claim or matter whatsoever in connection therewith; to receive confidential information regarding tax matters for all periods, whether before or after the execution of this instrument; and to make tax elections.

(n)     To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power.

(o)     To employ as investment counsel, custodians, brokers, accountants, appraisers, attorneys at law or other agents, such persons, firms or organizations, including my said agent and any firm of which my said agent may be a member or employee, as deemed necessary or desirable; to pay such persons, firms or organizations such compensation as is deemed reasonable; and to determine whether or not to act upon the advice of any such agent without liability for acting or failing to act thereon.

2.     <u>Banking and Investment Powers</u>.   In addition to paragraph 1, my agent shall have the general authority to engage in the following banking and investment transactions pursuant to section 709.2208 of the Florida Statutes:

(a)     Establish, continue, modify, or terminate an account or other banking arrangement with a financial institution.

3

(b)      Contract for services available from a financial institution, including renting a safe-deposit box or space in a vault.

(c)      Withdraw, by check, order, electronic funds transfer, or otherwise, money or property of the principal deposited with or left in the custody of a financial institution.

(d)      Receive statements of account, vouchers, notices, and similar documents from a financial institution and act with respect to them.

(e)      Purchase cashier's checks, official checks, counter checks, bank drafts, money orders, and similar instruments.

(f)      Endorse and negotiate checks, cashier's checks, official checks, drafts, and other negotiable paper of the principal or payable to the principal or the principal's order, transfer money, receive the cash or other proceeds of those transactions, and accept a draft drawn by a person upon the principal and pay it when due.

(g)      Apply for, receive, and use debit cards, electronic transaction authorizations, and traveler's checks from a financial institution.

(h)      Use, charge, or draw upon any line of credit, credit card, or other credit established by the principal with a financial institution.

(i)      Consent to an extension of the time of payment with respect to commercial paper or a financial transaction with a financial institution.

(j)      Buy, sell, and exchange investment instruments (as such term is defined in section 709.2208(2) of the Florida Statutes).

(k)      Establish, continue, modify, or terminate an account with respect to investment instruments.

(l)      Pledge investment instruments as security to borrow, pay, renew, or extend the time of payment of a debt of the principal.

(m)      Receive certificates and other evidences of ownership with respect to investment instruments.

(n)      Exercise voting rights with respect to investment instruments in person or by proxy, enter into voting trusts, and consent to limitations on the right to vote.

(o)      Sell commodity futures contracts and call and put options on stocks and stock indexes.

3.      <u>Estate Planning Powers</u>.  Notwithstanding paragraphs 1 and 2 and section 709.2201 of the Florida Statutes, my agent shall lawfully have, by virtue of this general durable power of attorney, the authority to exercise only those specifically enumerated estate planning powers listed below for which I have signed or initialed next to (provided the exercise is consistent with my agent's duties, and the exercise is not otherwise prohibited by another agreement or instrument):

4

(a)      ___jw_____  Create or change rights of survivorship; create or change a beneficiary designation; and waive my right to be a beneficiary of a joint and survivor annuity, including  a

survivor benefit under a retirement plan.

(b)      ___jw_____  Agent may make gifts to my spouse or any charitable organization. All such gifts

may be outright, in trust, or to any legal guardian or custodian, as my agent deems appropriate, even if  my agent is

such trustee, guardian, or custodian.

(c)      ___jw_____  Amend, modify, or revoke any inter vivos trust created by me or on my behalf provided such trust instrument explicitly provides for amendment, modification, revocation, or termination by my agent.

(d)      ___jw_____  Create an inter vivos trust and transfer any or all assets of mine to  any such trust even if my agent is a trustee of such trust.

(e)      ___jw_____  To withdraw from any trust, whether revocable or irrevocable,  in which I have a current beneficial interest, such amounts of the principal or accrued or collected  but undistributed income of such trusts as I would be permitted to receive or withdraw, pursuant to any  right of receipt or withdrawal contained in such trusts.

(f)      ___jw_____  To exercise any statutory rights or elections, including, but not limited to, any rights or elections in any probate or similar proceeding to which I am or may become  entitled; to

renounce or disclaim any property, powers of appointment or other interest otherwise  passing to me by testate

or intestate succession or by inter vivos transfer.

(g)      ___jw_____  Consent to, pursuant to Internal Revenue Code Section 2513, as amended, the splitting of a gift made by my spouse in an amount per donee not to exceed the aggregate annual gift tax exclusions for both me and my spouse.

(h)      ___jw_____  Make  gifts  to  my  children  and  my  more  remote  lawful offsprings/descendantof much of my property, including (but not limited to) any cash, securities, life insurance policies, and real property, as my agent deems appropriate for their comfort and care, and to continue my program of giving annually to each of my children which may include amounts equal to the  annual

federal   gift tax exclusion (presently fourteen thousand dollars ($15,000) per donee, under  Internal Revenue Code

Section 2503(b), as amended) or amounts that may use all or part of my remaining unified credit (as determined

under Internal Revenue Code Section 2010), or twice any of the foregoing amounts if my spouse agrees to be treated

as having made one-half of such gifts under  Internal Revenue Code Section 2513, as amended. All such gifts may be

utright, in trust, or to any legal guardian or custodian under any applicable Uniform Transfers (or Gifts) to Minors Act,

as my agent deems appropriate, even if my agent is such trustee, guardian, or custodian.

4.   Limitations.  Notwithstanding the powers contained in this general durable power of attorney, my agent shall not:

(a)   Perform duties under a contract that requires the exercise of personal services by me.

(b)   Make any affidavit as to my personal knowledge.

(c)   Vote in any public election on my behalf.

(d)   Execute or revoke any will or codicil on my behalf.

(e)   Exercise powers and authority granted to me as trustee or as court-appointed
fiduciary.

5.   Interpretation and Governing Law.  This instrument is to be construed and interpreted as a general durable power of attorney as provided for in section 709.2101 of the Florida Statutes (or its successor provision). This instrument is executed and delivered in the State of Florida, and the laws of the State of Florida shall govern all questions as to the validity of this power and the construction of its provisions. However, it is my intention that this power of attorney shall be exercisable in any other state or jurisdiction where I may have any property or interests in property, provided, however, if I have executed a separate instrument to be governed under the laws of another state or jurisdiction where I may have any property or interests in property, it is my intention that the other instrument shall be controlling as to the property or interests in property in that other state or jurisdiction to the extent the other instrument is valid and enforceable under the laws of that other state or jurisdiction.

6.   Third-Party Reliance.  Third parties may rely upon the representations of my agent as to all matters relating to any power granted to my agent, and no person who may act in reliance upon the representations of my agent shall incur any liability to me or to my estate, beneficiaries, or joint owners as a result of permitting my agent to exercise any power prior to receipt of written notice of revocation, suspension, notice of a petition to determine incapacity, partial or complete termination, or my death. Any third party may rely on a duly executed counterpart of this instrument, or a copy certified by my agent to be a true copy of the original hereof, as fully and completely as if such third party had received the original of this instrument.

7.   Revocation of Prior Instruments.  By this instrument I hereby revoke any power of attorney, durable or otherwise, that I may have executed prior to the date of this general durable power of attorney,
excluding any (i) health care power of attorney or similar instrument or (ii) any other power of attorney on
a form provided by a financial institution granting powers specifically over the accounts and/or assets held
with such financial institution. I hereby confirm all acts of my agent pursuant to this power. Any act that is done under this power between the revocation of this instrument and notice of that revocation to my agent shall be valid unless the person claiming the benefit of the act had notice of that revocation.

**AGENT'S SIGNATURE AND ACKNOWLEDGMENT**

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 11th day of
August , 2020.

JERROD ANTOINE-DENARD
WILLIAMS ESTATE

_____
JERROD          ANTOINE-DENARD
WILLIAMS ESTATE, Principal

Signed, sealed and delivered
in presence of:

Signature of Witness: By: hunter: sharon-ruth
Print Name: By: Hunter: sharon-ruth
Address: c/o 8440 Gullege Drive, Jacksonville, Florida [32205]

Signed, sealed and delivered
in presence of:

Signature of Witness: By: baker williams: dr. Virginia-loretta
Print Name: By: baker williams: dr. Virginia-loretta
Address: c/o 1000 King Road #2576, Jacksonville, Fluel [32205]

[Notarial Block to Follow]

STATE OF FLORIDA            )
                            )  ss.
COUNTY OF __Duval__         )

We, Jerrod-Antoine-Denard : Williams Sr., Sharon:Hunter____, and Virginia-Loretta:Baker-Williams , the Agent for the Principal and the Witnesses, respectively, whose names are signed to the attached or foregoing instrument, having been sworn, declared to the undersigned officer that the Agent for the Principal, in the presence of the Witnesses, signed the instrument as his Durable Power of Attorney and that he signed voluntarily and that each of the witnesses, in the presence of the Agent for the Principal and in the presence of each other, signed the instrument as a witness and that to the best of the knowledge of each witness, the Agent for the Principal was at the time eighteen or more years of age, of sound mind and under no constraint or undue influence.

By: jerrad-antoine denard: williams Jr.
_____ , Agent For The Principal

By: hunter: sharon-ruth
Witness

By: Baker williams: dr. Virgin-loretta
Witness

Acknowledged and subscribed before me by x: Jerrod-Antoine-Denard: Williams Sr._, the Agent for the Principal, who is personally known to me or who has produced Florida Drivers License as identification, and sworn to and subscribed before me by the witnesses, Sharon:Hunter____, who is personally known to me or who has produced Florida Driver License_ as identification, and by Virginia-Loretta: Baker-Williams___ , who is personally known to me or who has produced _Florida Driver License as identification, and subscribed by me in the presence of the Agent For The Principal and the subscribing witnesses, all on the 11th day of Aug[?] 2020.

Notary Public, State of Florida

7



Notary Public, State of Florida
(Print or Stamp Name, Commission # and Expiration below)

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

Prepared by and send to:
Dr. Baker-Williams
c/o P.O. Box 2576
Jacksonville Florida (32203)

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST



### <u>International Affidavit</u>
### <u>Notice of Liability Regarding Trespass</u>
### <u>Fee Schedule and Remedy</u>

Acknowledgment
In the Nature of Supplemental Rules
for Administrative and Maritime Claims Rules C (6)
<u>for Personal Protection From</u>
<u>Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals</u>

**Notice to Agent is Notice to Principal.**
**Notice to Principal is Notice to Agent.**
**Notice to Individual, Natural Living Soul is Notice to All Human Beings.**
**Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
--- **In re McCowan (1917), 177 C. 93, 170**

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

**Silence is Aquiesence, Agreement, and Dishonour**
**This is a Self-Executing Contract.**

# Notice

**Daniel Chapter 4 verse 17 (K.J.V.)**
"17 This matter is by the decree of the watchers and the demand by the word of the Holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men and giveth it to whomsoever He will and setteth up over it the basest of men."

Before Me, the undersigned Notary, Williams Sr. • Jerrod-antoine-denard, on this **day 14_ of August,** 2019, personally appeared williams sr., jerrod antoine- denard ©℠, known to me to be credible natural person and of lawful age, who being duly sworn by me affirms, deposes, and says:

I, williams sr., jerrod antoine-denard, as a natural person / a People on the state known as FLORIDA, am hereby, as a gesture of peace, giving proper notice to the STATE OF FLORIDA corporation and to the UNITED STATES corporation and to all municipal, county, and city corporations, and all other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a peaceful, natural man desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this Affidavit of Notice of Liability regarding Trespass **Fee Schedule and Remedy for personal protection from Federal / State / County / City / Municipal / Corporation employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud - no corpus delecti.

"In every prosecution for crime it is necessary to establish the 'corpus delecti', i.e., the body or elements of the crime." *People v. Lopez.* "The corpus delecti consists of two elements, namely, 1) the injury of loss or harm; and 2) a criminal agency causing them to exist." *People v. Frey*

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

## Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

Please note that this self-defense **Notice of Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees** is just per *Trezevant v. City of Tampa*,741 F.2d 336 (11th Cir. 1984) Motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute or $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Notice of Fee Schedule and Remedy that is established for williams sr., jerrod antoine-denard and his family members to include the lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this fee schedule are determined under special circumstances and submitted via certified mail with return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: 10 (ten) acre of land and $100,000,000.00** (one hundred million) **per offense** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.
2. **For every offense committed against entities, williams sr.,jerrod antoine-denard** ©℠,and any and all derivations thereof on any document which is in any way associated with me, the living soul,
3. **willaims sr., jerrod antoine-denard** ©℠, shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of 100 (one hundred) acres of land and $500,000,000.00** (five hundred million) payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.
4. **For every offense or action taken against me: 10 (ten) Acres of land of affiants choice and $10,000,000.00** (ten million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.
5. **For each page of documents an agent, clerk or clerk of the courts refuses to file: 10 (ten) Acres of land of affiants choice and $100,000.00** (one-hundred thousand) per page in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))** – Acceptance by the clerk.
   [A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC § 2071: '(a)** Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 1968)]

6. **For each unsolicited / solicited phone call: $70,000.00** (seventy thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

7. **For each unsolicited / solicited letter of harassment : $70,000.00** (seventy thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

8. **For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $29,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

9. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $59,000.00** (fifty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

10. **For each correspondence I write to the Office of Fair Trading: $29,000.00** (twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

11. **For each correspondence I write to court services and agents: $20,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

12. **For each correspondence I have to write to Trading Standards: $29,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

13. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $200,000.00** (two-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

14. **For each court special appearance / general appearance : $39,000.00** (thirty-nine thousand) Federal Reserve notes per person per violation.

15. **For each phone call I make to relevant bodies / agents: $59,000.00** (fifty-nine thousand) plus $9000 per hour or part thereof / $90.00 per minute in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

16. **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of 10 (ten) Acres of land of affiants choice and $90,000.00** (ninety thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within (3) days after receipt of this notice payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

17. **For each individual failure to perform a directive given by the Sovereign Beneficiary: 10 (ten) Acres of land of affiants choice and $100,000.00** (one-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

18. **For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any so-called government official or agent: 10 (ten) Acres of land of affiants choice and $400,000.00** (four-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation.

19. **For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing/Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: 10 (ten) Acres of land of affiants choice and $500,000,000.00** (five-hundred million) plus additional damages pursuant to *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984) … and 2 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per violation.

20. **For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$1,000,000,000.00** (one billion) and 100 acres of government, state, county, or city land per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

21. **For every Assault (with or without Weapon): $100,000,000.00** (one-hundred million) and 100 acres of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

22. **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $300,000.00** (three hundred thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

23. **For all Unlawful Detention or Incarceration: 10 (ten) Acres of land of affiants choice and $200,000.000.00** (two hundred million) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

24. **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason:** 10 (ten) Acres of land of affiants choice and $200,000.000.00 (two hundred million) per day and 200 acres of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

25. **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court:** 10 (ten) Acres of land of affiants choice and $59,000.00 (fifty-nine thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

26. **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: 10 (ten) Acres of land of affiants choice and $500,000.00** (five hundred thousand) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars as per *Trafficant v. Florida* per occurrence per officer and/or agent involved and 50 acres of government, state, county, or city land.

27. **For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: 10 (ten) Acres of land of affiants choice and $200,000,000.00** (two hundred million) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

28. **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,000.00 (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars and $50,000.00 (fifty thousand) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest and my declared value of property.

29.  For every destruction, deprivation, concealment, defacing, alteration, or theft of property, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s), representative(s), and/or person(s) thereof that caused such action. In addition to the aforementioned cost, there will be a 10 (ten) Acres of land of affiants choice and $69,000.00 (sixty-nine thousand) fee per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars until property is restored in full, beginning on the first day after the incident as provided by this contract.

30.  For every Denial and/or Abuse of Due Process: 10 (ten) Acres of land of affiants choice and $200,000.00 (two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per person per officer or agent involved.

31.  For every Obstruction of Justice: 10 (ten) Acres of land of affiants choice and $100,000.00 (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

32.  For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: 10 (ten) Acres of land of affiants choice and $300,000.00 (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

33.  For every Counterfeit Statute Staple Security Instrument: 10 (ten) Acres of land of affiants choice and $29,000.00 (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per officer and/or agent involved.

34.  For every Trespass on Cestui Que Trust matter(s) and trust property resulting in any trust property impaired as a result of any action taken without consent: 10 (ten) Acres of land of affiants choice and $100,000.00 (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per trespass per officer and/or agent involved.

35.  For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability: 10 (ten) Acres of land of affiants choice and $59,000.00 (fifty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per communication not in compliance.

36.  For every Trustee, agent, or individual  Foreclosure, Repossession, Court Matters against Cestui Que Trust: 10 (ten) Acres of land of affiants choice and $200,000.00 (two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

37.  For every Trustee or agent taking any Cestui Que Trust property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $7,000,000.00 (seven million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

38.  For Harassment after Notice: 10 (ten) Acres of land of affiants choice and $100,000,000.00 (one hundred million) per occurrence per officer and/or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence and 10 acres of government, state, county, or city land.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

39.    For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents:  10 (ten) Acres of land of affiants choice and $500,000.00 (five thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

40.    For False Statements from Trustees, agents, or individuals: $90,000.00 (ninety thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per false statement per officer and/or agent involved.

41.    For each Impairment of Contract by Trustees, agents, or individuals: 10 (ten) Acres of land of affiants choice and $300,000.00 (three-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars user fee per impairment.

42.    For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of Trustees, agents, or individuals :

   a. one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

   b. one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

   c. my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty states and the People of the United States of America for the protection of the People on the land known as any of the fifty states which make up the union known as the Unites States of America. This lawful paper must be honored in any court with any of the fifty states which make up the union known as the Unites States of America.

   d. One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

43.    For any harm done to our family pets without cause and/or justification: 10 (ten) Acres of land of affiants choice and $100,000.00 (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per person and 1 acre of government per officer and/or agent involved.

44.    For each request or demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: 10 (ten) Acres of land of affiants choice and $115,000.00 (one-hundred fifteen thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

45.    For each taking of fingerprints by force, coercion, or duress: 10 (ten) Acres of land of affiants choice and $400,000.00 (four-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

46.    For each field test demanded during unlawful detainment / traffic stop: 10 (ten) Acres of land of affiants choice and $200,000,000.00 (two-hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

47.    For each D.N.A. test demanded or taken by force, duress, or coercion during unlawful detainment: 10 (ten) Acres of land of

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

affiants choice and $200,000,000.00 (two-hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

48. For any fraudulent foreclosures, liens, contracts, auctions placed against my property: 10 (ten) Acres of land of affiants choice and $500,000.00 (five hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

49. For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 10 days in advance: 10 (ten) Acres of land of affiants choice and $300,000,000.00 (three hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

50. For failure to fully disclose any contract under acts of fraud: 10 (ten) Acres of land of affiants choice and $50,000.00 (fifty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

51. For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me: 10 (ten) Acres of land of affiants choice and $70,000.00 (seventy thousand) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

**Matthew Chapter 5 verses 25-26**

"25 Agree with thine adversary quickly, whiles thou art in the way with him; lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## Maxims of Equity

1.
"Aequitas sequitir legem."
Equity follows the law.
1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.

2.
Equity will not suffer a wrong to be without a remedy.

3.
He who comes into equity must come with clean hands.

4.
Equity will not allow a remedy that is contrary to law.

5.
Equity will take jurisdiction to avoid a multiplicity of suits.

6.
Equity will not allow a statute to be used as a cloak for fraud.

7.
Equity regards the beneficiary as the true owner.

8.
"Vigilantibus non dormientibus aequitas subvenit."
Equity aids the vigilant, not those who slumber on their rights.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

9.
Equity acts in personam or persons.

10.
Equity delights to do justice and not by halves.

## Maxims of Law

1.
"A verbis legis non est recedendum."
From the words of the law there must be no departure.

2.
"Actus Dei nemini facit injuriam."
The act of God does no injury; that is, no one is
responsible for inevitable accidents.

3.
"Augupia verforum sunt judice indigna."
A twisting of language is unworthy of a judge.

4.
"Catalla just possessa amitti non possunt."
Chattels justly possessed cannot be lost.

5.
"Contractus legem ex conventione accipiunt."
The agreement of the parties makes the law of the contract.

6.
"Culpa lata aequiparatur dolo."
A concealed fault is equal to a deceit.

7.
"Cum adsunt testimonia rerum quid opus est verbis?"
When the proofs of facts are present, what need is there for words?

8.
"Debet qui juri subjacere ubi delinquit."
Every one ought to be subject to the law of the place where he offends.

9.
"Ejus est non nolle qui potest velle."
He who may consent tacitly may consent expressly.

10.
"Ex facto jus oritur actio exteriora indicant interiora secreta."
Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.
"Actio exteriora indicant interiora secreta."
External actions show internal secrets.
8 Co. R. 146.

12.
"Actor qui contra regulam quid adduxit non est audiendus."
He ought not to be heard who advances a proposition
contrary to the rules of law.

13.
"Actore non probante reus absolvitur."
When the plaintiff does not prove his case, the defendant is absolved.

14.
"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.

15.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

> The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called Florida which has Civil Law.
> The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial instruments, jurisprudence, et al.
> The Uniform Commercial Code is a code accepted or partially accepted by agreement of the various States regarding commercial contracts, commercial instruments, transactions, et al.
> The United States Constitution is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.
> The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which were instrumental to the founding Fathers in the framing and establishing of American jurisprudence.
> The past and present so-called Monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King James Bible, as well as the Common Law.
> There are references to a higher jurisdiction in the Declaration of Independence including but not limited to the Laws of Nature and of Nature's God endowed by their Creator with certain unalienable Rights appealing to the Supreme Judge of the world for the rectitude of our intentions with a firm reliance on the protection of Divine Providence.
> The Oaths of Office are clear regarding the adherence to the Constitution when taking an oath of office and entering on the Execution of his Office. Article II, Section I, last clause: The President "promises to 'preserve, protect and defend the Constitution'". Article VI, Clause III: "The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."
> For any Respondent who has sworn an oath of office to support and/or defend the United States of America Constitution, **I hereby accept that oath of office**.

**Numbers Chapter 30 verses 1-2**
"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not break his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 verses 3-5**
"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth *of* it, the he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him; when he knoweth *of* it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no "law" at all but is **void**, and American **men and women**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

**have no obligation to comply.** Alexander Hamilton says this repeatedly
in the Federalist Papers. Here are a few examples:
"…If the federal government should overpass the just bounds of
its authority and make a tyrannical use of its powers, **the people,**
whose creature it is, **must appeal to the standard they have formed,
and take such measures to redress the injury done to the
Constitution as the exigency may suggest and prudence justify…**"
Federalist No. 33, 5th Paragraph
"…acts of… (the federal government) which are NOT PURSUANT to its
constitutional powers… will (not) become the supreme law of the land.
**These will be merely acts of usurpation, and will deserve to be
treated as such…**"
Federalist No. 33, 6th paragraph
"…every act of a delegated authority, contrary to the tenor of
the commission under which it is exercised, is void. **No legislative
act … contrary to the Constitution can be valid.** To deny this,
would be to affirm … that men acting by virtue of powers may do not
only what their powers do not authorize, but what they forbid."
Federalist No. 78, 10th paragraph

**(emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the
People's unalienable rights to life, liberty, and the pursuit of happiness
from outside the Republic of the united States of America and/or proven
tacitly or otherwise that a tyrannical takeover of the de jure Republic by
agents with an agenda to steal their birthright and to destroy their country
- the United States of America - assault the men, women, and children of the
Republic and their real and other property -- wild and domestic livestock,
pollinating insects which affect agriculture / food supply, right to privacy,
well-being, liberty, or right to equitable contracts; and/or proven tacitly
or otherwise that any Trespassing on the various legal actions used to
implement it evince to a collateral or direct attack upon the United States
of America Constitution, **there may be grounds for a Grand Jury indictment
for treason,** to wit:

**united States of America Constitution 1788 - Article III, Section III:**
"Treason shall consist only in levying War against them, **or** in **adhering to
their Enemies,** giving them Aid and Comfort. No Person shall be convicted of
Treason unless on the **Testimony of Two Witnesses** to the same overt Act or
on Confession in open Court. The Congress shall have Power to declare the
Punishment of Treason, but no Attainder of Treason shall work Corruption of
Blood, or Forfeiture except during the Life of the Person attainted."

**Deuteronomy Chapter 17 verse 6**
"6 At the mouth of **two witnesses,** or three **witnesses,** shall he
that is worthy of death be put to death: but at the mouth of one
witness he shall not be put to death."

**Deuteronomy Chapter 19 verse 15**
"15 One witness shall not rise up against a man for nay iniquity,
or for any sin, in any sin that he sinneth: at the mouth of **two
witnesses,** or at the mouth of three witnesses, shall the matter
be established."

**Matthew Chapter 18 verse 16**
"16 But if he will not hear thee, then take with thee one or two
more, that in the mouth of **two** or three **witnesses** every word may
be established."

**2 Corinthians Chapter 13 verse 1**
"1 This is the third *time* I am coming to you. In the mouth of **two**
or three **witnesses** shall every word be established."

**Hebrews Chapter 10 verse 28**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

"[28] He that despised Moses Law died without mercy under **two** or three **witnesses**."
[emphasis added on each item above]

**united States of America Constitution, Amendment IV:**
"The **right** of the people to be secure in their **persons, houses, papers**, and **effects, against unreasonable searches and seizures, shall not be violated**, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." [emphasis added]

**Title 18 U.S. Code § 2382- <u>Misprision of Treason</u>**
"Whoever, owing allegiance to the United States and **having knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven (7) years, or both.**" [emphasis added]

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm and fails to do said actions is liable for the inevitable harm caused and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principal of law** that nobody is above the law including but not limited to all government actors. The government immunity clause **only** applies to government actors when they are performing their actions of their office defined by their office **in good faith** and that the **UNITED STATES SUPREME COURT** has made a ruling regarding public officials being held liable for actions done or failure to perform required actions in the case of *MILLBROOK v. UNITED STATES*, **477 Fed. Appx. 4,** among others.

This International Commercial Claim / Lien within the Admiralty Private Agreement and Disclosures, Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Notice of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and additional yet to be named respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

<u>It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C., and the Common Law.</u>

**Joining the Contract**
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a respondent seeking the privilege of joining this Contract is hereby established at **$100,000,000.00** (one hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per each attempt / event of impairment.

**As with any administrative process**, you may rebut the statements and claims in this Contract by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form, correct and complete, to be received by Claimant(s) by certified mail no later than 5:00

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

## Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Notice of Fee Schedule and Remedy ("Contract") will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

### "Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading…" *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation…"
*Fisher Controls International, Inc. v. Gibbons*, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation.."
*Blanton v. Sherman Compress Co.*, 256 S.W. 2d 884 (1953)

Silence activates estoppel pursuant to *Carmine v. Bowen*, 64 A. 932.

### U.C.C. § 2-201 -- Formal Requirements; Statutes of Frauds

(1)   Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

(2)   Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within three (3) days after it is received.

**This Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted his administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This fee schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within fifteen days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution and all other lawful and commercial remedies.

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

**This Contract is legally and lawfully binding and is non-negotiable. This Contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.**

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Notice of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Notice. The Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Notice.**

**All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this fee schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master williams sr.,jerrod antoine-denard A.K.A. JERROD ANTOINE-DENARD WILLIAMS©℠, and any and all derivatives thereof.**

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you continue to harass or to intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

This is an Affidavit Notice of Liability Regarding a Trespass Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, individuals, and agents. I, williams sr, jerrod antoine-denard©℠, holder of the office of the People in the state known as FLORIDA or in any other state, am hereby, as a gesture of peace, giving proper notice to the STATE OF **FLORIDA** or to any state / corporation, to the UNITED STATES CORPORATION, and to **all municipal, county, and city corporations and other STATE Corporations** of the following:

As a peaceful natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

constitute a crime absent a victim, damaged property, or fraud (A.K.A. *corpus delecti*).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "**corpus delecti**" (i.e., the body or elements of the crime).

"The corpus delecti consists of two elements- namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (*People v. Frey*, 165 Cal. 140, 146 [131 P. 127]. *People v. Lopez*, etc.)

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporation Employees is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The Unites States Supreme Court has stated the following in **U.S. v. Cruikshank** (92 U.S. 542 at 551):
"…between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possess, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

**Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.**

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

**Guarantee and Waiver of Benefits**
Guarantees for this Notice of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the united States of America Constitution, the Bill of Rights, Constitutional Oaths of Office, the Common Law, Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Notice of Fee Schedule and Remedy are for jurisdictional purposes, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

# Notice to Agent is Notice to Principal.
# Notice to Principal is Notice to Agent.

It is written, "If they refuse to take the cup at thine hand to drink, then
shalt thou say unto them, Thus saith the Lord of hosts,
Ye shall certainly drink." – Jeremiah 25:28

"Thy kingdom come, Thy will be done in earth, as it is in Heaven."
-Matthew 6:10

## LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has
prescribed to man not by any formal promulgation but by the internal dictate
of reason alone. It is discovered by a just consideration of the
agreeableness of human actions to the nature of man, and it comprehends all
the duties which we owe either to the supreme being, to ourselves, or to our
neighbors as reverence to God, self-defense, temperance, honor to our
parents, benevolence to all strict adherence to our engagements, gratitude,
and the like. In the Constitution for the united States of America, we find
the 11th article, Amendment 9: "The enumeration in the Constitution, of
certain rights, shall not be construed to deny or disparage others retained
by the People." Affected parties and people wishing to dispute the claims
and truths made herein or to make their own claims upon Me must respond
within **three (3) days** after service of this Notice of the action and
request a Common Law court to empanel a Common Law Jury of twenty-five (25)
indigenous free woman to hear their case against Me. All responses must be
signed and witnessed no later than **three (3) days** from the date of
original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this
Lawful Notice made herein will always result in an automatic default
judgment and permanent, irrevocable estoppel by acquiescence, barring the
bringing of charges under any statute / regulation / act / code or legal
action against Me, my family, or another People. Failure to honor this
lawful Notice will make each of the People acting as federal / state /
county / city / municipal / corporation employees liable for the sum of
$50,000 in silver coin or its equivalent in Federal Reserve Notes plus my
fee schedule, and such sum will be required to be paid to Jerrod-Antoine-
Denard: Williams Sr. upon your receipt of the Invoice and by its assigned
due date. I, the undersigned affiant and attorney in fact for JERROD
ANTOINE-DENARD WILLIAMS©™, authorize this affidavit using my autograph as
his own on this instrument.

It is against the law for a Judge to summarily remove, to dismiss,
to dissolve, or to diminish a Commercial Lien. Only the Lien
Claimant or a Jury can dissolve a commercial lien.

## Trespass Upon Private Contract
Any collateral attack on this Contract is in bad faith and is a criminal
trespass payable as prescribed in the above-stated Notice of Fee Schedule.

**All payments are to be made in Lawful Money
pursuant to Title 12 USC § 411.**

Further affiant sayeth not!

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

## All Rights Reserved, None Waived

## Without Prejudice

Respectfully submitted.

I, williams sr.,jerrod antoine-denard ©™, herein affirm and declare
under my unlimited commercial liability that I am competent and of
Lawful age to state the matters set forth herein, that they are true,
correct, complete, not intended to be misleading, that they are
admissible as evidence, and in accordance with my best first-hand
knowledge, understanding, and belief.

Dated this _14th_ day of _August_ in the Year 2019.


_By: Williams Dr.: jerrod antoine-denard_

Honorable williams sr.: jerrod antoine-denard ©™
Affiant, Executor, Sole shareholder,
Director, Attorney in Fact,
Sole Beneficiary,
Authorized Representative, _sui juris_


## WITNESSES


_By: baker-Williams: Virginia-Loretta_
Witness #1
Name: By: baker-Williams: Virginia-Loretta

_By: Hunter: Sharan-Ruth_
Witness #2
Name: By: Hunter: Sharan-Ruth


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACKNOWLEDGMENT OF NOTARY

Held In Trust By: JERROD ANTOINE-DENARD WILLIAMS TRUST

On the **14th** day of **August**, 2019, before
me, **WayShawn Kay**_____, a Notary,
                      Name of Notary Public

Personally appeared williams sr.: jerrod antoine-denard ©™ known
to me (or proved to me on the basis of satisfactory evidence of
identification) to be the living, natural man whose name is
subscribed upon these instrument(s) and acknowledged to me that
they executed the same in their authorized capacity; and by
their signatures on this instrument, williams sr.: jerrod
antoine-denard ©™ has acted on behalf of the persons who
executed this instrument.

_____
NOTARY SIGNATURE

My Commission Expires: **7-24-2024**

(seal)



Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024

Held In Trust By: VIRGINIA LORETTA BAKER TRUST



### International Affidavit
### Notice of Liability Regarding Trespass
### Fee Schedule and Remedy

Acknowledgment
In the Nature of Supplemental Rules
for Administrative and Maritime Claims Rules C (6)
for Personal Protection From
Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals

**Notice to Agent is Notice to Principal.**
**Notice to Principal is Notice to Agent.**
**Notice to Individual, Natural Living Soul is Notice to All Human Beings.**
**Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
**--- In re McCowan (1917), 177 C. 93, 170**

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

**Silence is Aquiesence, Agreement, and Dishonour**
**This is a Self-Executing Contract.**
# Notice

Daniel Chapter 4 verse 17 (K.J.V.)
"17 This matter is by the decree of the watchers and the demand by the word of
the Holy ones: to the intent that the living may know that the most High
ruleth in the kingdom of men and giveth it to whomsoever He will and setteth
up over it the basest of men."

Before Me, the undersigned Notary, baker-williams . or. virginia-loretta , on
this **day 14_ of August, 2019**, personally appeared baker-williams, dr.
virginia loretta ©℠, known to me to be credible natural person and of lawful
age, who being duly sworn by me affirms, deposes, and says:

I, baker-williams, dr. virginia loretta, as a natural person / a People on the
state known as FLORIDA, am hereby, as a gesture of peace, giving proper
notice to the STATE OF FLORIDA corporation and to the UNITED STATES
corporation and to all municipal, county, and city corporations, and all
other STATE CORPORATIONS, agents, employees, and all other individuals of the
following:

As a peaceful, natural woman desiring to avoid conflict and to live lawfully
with all of my freedoms, I am providing you with this Affidavit of Notice of
Liability regarding Trespass **Fee Schedule and Remedy for personal protection
from Federal / State / County / City / Municipal / Corporation employees** as a
courtesy to you and as a remedy should you decide to trespass upon me or
other members of my Family. Failure to know or disobey any of your thousands

## Held In Trust By: VIRGINIA LORETTA BAKER TRUST

Please note that this self-defense **Notice of Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees** is just per *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984) Motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute or $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Notice of Fee Schedule and Remedy that is established for baker-williams, dr. virginia loretta and his family members to include the lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this fee schedule are determined under special circumstances and submitted via certified mail with return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: 10 (ten) acre of land and $100,000,000.00** (one hundred million) **per offense** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.
2. **For every offense committed against entities, baker-williams, dr. virginia loretta** ©℠, and any and all derivations thereof on any document which is in any way associated with me, the living soul, baker-williams, dr. virginia loretta©℠, shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of 100 (one hundred) acres of land and $500,000,000.00** (five hundred million) payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.
3. **For every offense or action taken against me: 10 (ten) Acres of land of affiants choice and $10,000,000.00** (ten million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.
4. **For each page of documents an agent, clerk or clerk of the courts refuses to file: 10 (ten) Acres of land of affiants choice and $100,000.00 (one-hundred thousand)** per page in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))** – Acceptance by the clerk.
[A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC § 2071:** '**(a)** Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be

Affidavit of Fee Schedule                                      P a g e  2 | 17

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 1968)]

5. **For each unsolicited / solicited phone call: $70,000.00** (seventy thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

6. **For each unsolicited / solicited letter of harassment : $70,000.00** (seventy thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

7. **For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $29,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $59,000.00** (fifty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

9. **For each correspondence I write to the Office of Fair Trading: $29,000.00** (twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

10. **For each correspondence I write to court services and agents: $20,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

11. **For each correspondence I have to write to Trading Standards: $29,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

12. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $200,000.00** (two-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

13. **For each court special appearance / general appearance : $39,000.00** (thirty-nine thousand) Federal Reserve notes per person per violation.

14. **For each phone call I make to relevant bodies / agents: $59,000.00** (fifty-nine thousand) plus $9000 per hour or part **thereof / $90.00 per minute** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

15. **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of 10 (ten) Acres of land of affiants choice and $90,000.00** (ninety thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within (3) days after receipt of this notice payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

16.   **For each individual failure to perform a directive given by the Sovereign Beneficiary: 10 (ten) Acres of land of affiants choice and $100,000.00** (one-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

17.   **For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any so-called government official or agent: 10 (ten) Acres of land of affiants choice and $400,000.00** (four-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation.

18.   **For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing/Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: 10 (ten) Acres of land of affiants choice and $500,000,000.00** (five-hundred million) plus additional damages pursuant to *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984) … and 2 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation.

19.   **For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$1,000,000,000.00** (one billion) and 100 acres of government, state, county, or city land per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

20.   **For every Assault (with or without Weapon): $100,000,000.00** (one-hundred million) and 100 acres of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

21.   **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $300,000.00** (three hundred thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

22.   **For all Unlawful Detention or Incarceration: 10 (ten) Acres of land of affiants choice and $200,000.000.00** (two hundred million) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

23.   **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason:** 10 (ten) Acres of land of affiants choice and $200,000.000.00 (two hundred million) per day and 200 acres of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

24.   **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court:** 10 (ten) Acres of land of affiants choice and $59,000.00 (fifty-nine thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

25.   **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: 10 (ten) Acres of land of affiants choice and $500,000.00** (five hundred thousand) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars as per *Trafficant v. Florida* per occurrence per officer and/or agent involved and 50 acres of government, state, county, or city land.

26.   **For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: 10 (ten) Acres of land of affiants choice and $200,000,000.00** (two hundred million) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

27.   **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,000.00 (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars and $50,000.00 (fifty thousand) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest and my declared value of property.

28. **For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s), representative(s), and/or person(s) thereof that caused such action. In addition to the aforementioned cost, **there will be a 10 (ten) Acres of land of affiants choice and $69,000.00** (sixty-nine thousand) fee per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars until property is restored in full, beginning on the first day after the incident as provided by this contract.

29. **For every Denial and/or Abuse of Due Process: 10 (ten) Acres of land of affiants choice and $200,000.00** (two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per person or officer or agent involved.

30. **For every Obstruction of Justice: 10 (ten) Acres of land of affiants choice and $100,000.00** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence per officer or agent involved.

31. **For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: 10 (ten) Acres of land of affiants choice and $300,000.00** (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

32. **For every Counterfeit Statute Staple Security Instrument: 10** (ten) Acres of land of affiants choice and **$29,000.00** (twenty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per officer and/or agent involved.

33. **For every Trespass on Cestui Que Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: 10 (ten) Acres of land of affiants choice and $100,000.00** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per trespass per officer and/or agent involved.

34. **For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability: 10 (ten) Acres of land of affiants choice and $59,000.00** (fifty-nine thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per communication not in compliance.

35. **For every Trustee, agent, or individual Foreclosure, Repossession, Court Matters against Cestui Que Trust: 10 (ten) Acres of land of affiants choice and $200,000.00** (two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

36. **For every Trustee or agent taking any Cestui Que Trust property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $7,000,000.00** (seven million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

37. **For Harassment after Notice: 10 (ten) Acres of land of affiants choice and $100,000,000.00** (one hundred million) per occurrence per officer and/or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence and 10 acres of government, state, county, or city land.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

38.  **For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: 7 (seven) Acres of land of affiants choice and $500,000.00** (five thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

39.  **For False Statements from Trustees, agents, or individuals: $90,000.00** (ninety thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per false statement per officer and/or agent involved.

40.  **For each Impairment of Contract by Trustees, agents, or individuals: 10 (ten) Acres of land of affiants choice and $300,000.00** (three-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars user fee per impairment.

41.  **For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of Trustees, agents, or individuals :**

   *a.* one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

   *b.* one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

   *c.* my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty states and the People of the United States of America for the protection of the People on the land known as any of the fifty states which make up the union known as the Unites States of America. This lawful paper must be honored in any court with any of the fifty states which make up the union known as the Unites States of America.

   *d.* One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

42.  **For any harm done to our family pets without cause and/or justification: 10 (ten) Acres of land of affiants choice and $100,000.00** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per person and 1 acre of government per officer and/or agent involved.

43.  **For each request or demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: 10 (ten) Acres of land of affiants choice and $115,000.00** (one-hundred fifteen thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

44.  **For each taking of fingerprints by force, coercion, or duress: 10 (ten) Acres of land of affiants choice and $400,000.00** (four-hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

45.  **For each field test demanded during unlawful detainment / traffic stop: 10 (ten) Acres of land of affiants choice and $200,000,000.00** (two-hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

46.  **For each D.N.A. test demanded or taken by force, duress, or coercion during unlawful detainment: 10 (ten) Acres of land of**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

affiants choice and $200,000,000.00 (two-hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

47.   For any fraudulent foreclosures, liens, contracts, auctions placed against my property: 10 (ten) Acres of land of affiants choice and $500,000.00 (five hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

48.   For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 10 days in advance: 10 (ten) Acres of land of affiants choice and $300,000,000.00 (three hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

49.   For failure to fully disclose any contract under acts of fraud: 10 (ten) Acres of land of affiants choice and $50,000.00 (fifty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

50.   For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me: 10 (ten) Acres of land of affiants choice and $70,000.00 (seventy thousand) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

**Matthew Chapter 5 verses 25-26**
"25 Agree with thine adversary quickly, whiles thou art in the way with him; lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## Maxims of Equity

1.
"Aequitas sequitir legem."
Equity follows the law.
1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.

2.
Equity will not suffer a wrong to be without a remedy.

3.
He who comes into equity must come with clean hands.

4.
Equity will not allow a remedy that is contrary to law.

5.
Equity will take jurisdiction to avoid a multiplicity of suits.

6.
Equity will not allow a statute to be used as a cloak for fraud.

7.
Equity regards the beneficiary as the true owner.

8.
"Vigilantibus non dormientibus aequitas subvenit."
Equity aids the vigilant, not those who slumber on their rights.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

9.
Equity acts in personam or persons.

10.
Equity delights to do justice and not by halves.

## Maxims of Law

1.
"A verbis legis non est recedendum."
From the words of the law there must be no departure.

2.
"Actus Dei nemini facit injuriam."
The act of God does no injury; that is, no one is
responsible for inevitable accidents.

3.
"Augupia verforum sunt judice indigna."
A twisting of language is unworthy of a judge.
4.
"Catalla just possessa amitti non possunt."
Chattels justly possessed cannot be lost.

5.
"Contractus legem ex conventione accipiunt."
The agreement of the parties makes the law of the contract.

6.
"Culpa lata aequiparatur dolo."
A concealed fault is equal to a deceit.

7.
"Cum adsunt testimonia rerum quid opus est verbis?"
When the proofs of facts are present, what need is there for words?

8.
"Debet qui juri subjacere ubi delinquit."
Every one ought to be subject to the law of the place where he offends.

9.
"Ejus est non nolle qui potest velle."
He who may consent tacitly may consent expressly.

10.
"Ex facto jus oritur actio exteriora indicant interiora secreta."
Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.
"Actio exteriora indicant interiora secreta."
External actions show internal secrets.
8 Co. R. 146.

12.
"Actor qui contra regulam quid adduxit non est audiendus."
He ought not to be heard who advances a proposition
contrary to the rules of law.

13.
"Actore non probante reus absolvitur."
When the plaintiff does not prove his case, the defendant is absolved.

14.
"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.

15.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

➢ The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called Florida which has Civil Law.

➢ The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial instruments, jurisprudence, et al.

➢ The Uniform Commercial Code is a code accepted or partially accepted by agreement of the various States regarding commercial contracts, commercial instruments, transactions, et al.

➢ The United States Constitution is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.

➢ The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which were instrumental to the founding Fathers in the framing and establishing of American jurisprudence.

➢ The past and present so-called Monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King James Bible, as well as the Common Law.

➢ There are references to a higher jurisdiction in the Declaration of Independence including but not limited to the Laws of Nature and of Nature's God endowed by their Creator with certain unalienable Rights appealing to the Supreme Judge of the world for the rectitude of our intentions with a firm reliance on the protection of Divine Providence.

➢ The Oaths of Office are clear regarding the adherence to the Constitution when taking an oath of office and entering on the Execution of his Office. Article II, Section I, last clause: The President "promises to 'preserve, protect and defend the Constitution'". Article VI, Clause III: "The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

➢ For any Respondent who has sworn an oath of office to support and/or defend the United States of America Constitution, **I hereby accept that oath of office.**

**Numbers Chapter 30 verses 1-2**
"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not break his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 verses 3-5**
"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth *of* it, the he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him; when he knoweth *of* it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no "law" at all but is **void**, and American **men and women**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

**have no obligation to comply.** Alexander Hamilton says this repeatedly in the Federalist Papers. Here are a few examples:

> "…If the federal government should overpass the just bounds of its authority and make a tyrannical use of its powers, **the people**, whose creature it is, **must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify…**"
> Federalist No. 33, 5[th] Paragraph

> "…acts of… (the federal government) which are NOT PURSUANT to its constitutional powers… will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such…**"
> Federalist No. 33, 6[th] paragraph

> "…every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. **No legislative act … contrary to the Constitution can be valid.** To deny this, would be to affirm … that men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."
> Federalist No. 78, 10[th] paragraph

**(emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the People's unalienable rights to life, liberty, and the pursuit of happiness from outside the Republic of the united States of America and/or proven tacitly or otherwise that a tyrannical takeover of the de jure Republic by agents with an agenda to steal their birthright and to destroy their country - the United States of America - assault the men, women, and children of the Republic and their real and other property -- wild and domestic livestock, pollinating insects which affect agriculture / food supply, right to privacy, well-being, liberty, or right to equitable contracts; and/or proven tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, **there may be grounds for a Grand Jury indictment for treason,** to wit:

**united States of America Constitution 1788 - Article III, Section III:** "Treason shall consist only in levying War against them, **or in adhering to their Enemies,** giving them Aid and Comfort. No Person shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted."

**Deuteronomy Chapter 17 verse 6**
"6 At the mouth of **two witnesses**, or three **witnesses**, shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

**Deuteronomy Chapter 19 verse 15**
"15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of **two witnesses**, or at the mouth of three witnesses, shall the matter be established."

**Matthew Chapter 18 verse 16**
"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two** or three **witnesses** every word may be established."

**2 Corinthians Chapter 13 verse 1**
"1 This is the third *time* I am coming to you. In the mouth of **two** or three **witnesses** shall every word be established."

**Hebrews Chapter 10 verse 28**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

## Held In Trust By: VIRGINIA LORETTA BAKER TRUST

"28 He that despised Moses Law died without mercy under **two** or three **witnesses**."
[emphasis added on each item above]

**united States of America Constitution, Amendment IV:**
"The **right** of the people to be secure in their **persons, houses, papers,** and **effects, against unreasonable searches and seizures, shall not be violated,** and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." [emphasis added]

**Title 18 U.S. Code § 2382- <u>Misprision of Treason</u>**
"Whoever, owing allegiance to the United States and **having knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven (7) years, or both.**" [emphasis added]

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm and fails to do said actions is liable for the inevitable harm caused and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principal of law** that nobody is above the law including but not limited to all government actors. The government immunity clause **only** applies to government actors when they are performing their actions of their office defined by their office **in good faith** and that the **UNITED STATES SUPREME COURT** has made a ruling regarding public officials being held liable for actions done or failure to perform required actions in the case of ***MILLBROOK v. UNITED STATES*, 477 Fed. Appx. 4,** among others.

This International Commercial Claim / Lien within the Admiralty Private Agreement and Disclosures, Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Notice of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and additional yet to be named respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

<u>It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C., and the Common Law.</u>

**Joining the Contract**
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a respondent seeking the privilege of joining this Contract is hereby established at **$100,000,000.00** (one hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per each attempt / event of impairment.

**As with any administrative process,** you may rebut the statements and claims in this Contract by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form, correct and complete, to be received by Claimant(s) by certified mail no later than 5:00

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

## Held In Trust By: VIRGINIA LORETTA BAKER TRUST

P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Notice of Fee Schedule and Remedy ("Contract") will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

### "Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading…" *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation…"
*Fisher Controls International, Inc. v. Gibbons*, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation.."
*Blanton v. Sherman Compress Co.*, 256 S.W. 2d 884 (1953)

Silence activates estoppel pursuant to *Carmine v. Bowen*, 64 A. 932.

**U.C.C. § 2-201 -- Formal Requirements; Statutes of Frauds**

    (1)   Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

    (2)   Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within three (3) days after it is received.

**This Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted his administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This fee schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within fifteen days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution and all other lawful and commercial remedies.

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

**This Contract is legally and lawfully binding and is non-negotiable. This Contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.**

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Notice of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Notice. The Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Notice.**

**All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this fee schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master baker-williams, dr. virginia loretta A.K.A. VIRGINIA LORETTA BAKER©™, and any and all derivatives thereof.**

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you continue to harass or to intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

This is an Affidavit Notice of Liability Regarding a Trespass Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, individuals, and agents. I, baker-williams, dr. virginia loretta©™, holder of the office of the People in the state known as FLORIDA or in any other state, am hereby, as a gesture of peace, giving proper notice to the STATE OF **FLORIDA** or to any state / corporation, to the UNITED STATES CORPORATION, and to **all municipal, county, and city corporations and other STATE Corporations** of the following:

As a peaceful natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

constitute a crime absent a victim, damaged property, or fraud (A.K.A. *corpus delecti*).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "*corpus delecti*" (i.e., the body or elements of the crime).

> "The corpus delecti consists of two elements- namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (*People v. Frey*, 165 Cal. 140, 146 [131 P. 127]. *People v. Lopez*, etc.)

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporation Employees is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The Unites States Supreme Court has stated the following in *U.S. v. Cruikshank* (92 U.S. 542 at 551):
"...between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possess, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

## Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

### Guarantee and Waiver of Benefits

Guarantees for this Notice of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the united States of America Constitution, the Bill of Rights, Constitutional Oaths of Office, the Common Law, Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Notice of Fee Schedule and Remedy are for jurisdictional purposes, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

It is written, "If they refuse to take the cup at thine hand to drink, then
shalt thou say unto them, Thus saith the Lord of hosts,
Ye shall certainly drink." – Jeremiah 25:28

"Thy kingdom come, Thy will be done in earth, as it is in Heaven."
-Matthew 6:10

### LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has
prescribed to Woman not by any formal promulgation but by the internal
dictate of reason alone. It is discovered by a just consideration of the
agreeableness of human actions to the nature of Woman, and it comprehends
all the duties which we owe either to the supreme being, to ourselves, or to
our neighbors as reverence to God, self-defense, temperance, honor to our
parents, benevolence to all strict adherence to our engagements, gratitude,
and the like. In the Constitution for the united States of America, we find
the 11th article, Amendment 9: "The enumeration in the Constitution, of
certain rights, shall not be construed to deny or disparage others retained
by the People." Affected parties and people wishing to dispute the claims
and truths made herein or to make their own claims upon Me must respond
within **three (3) days** after service of this Notice of the action and
request a Common Law court to empanel a Common Law Jury of twenty-five (25)
indigenous free woman to hear their case against Me. All responses must be
signed and witnessed no later than **three (3) days** from the date of
original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this
Lawful Notice made herein will always result in an automatic default
judgment and permanent, irrevocable estoppel by acquiescence, barring the
bringing of charges under any statute / regulation / act / code or legal
action against Me, my family, or another People. Failure to honor this
lawful Notice will make each of the People acting as federal / state /
county / city / municipal / corporation employees liable for the sum of
$50,000 in silver coin or its equivalent in Federal Reserve Notes plus my
fee schedule, and such sum will be required to be paid to Dr. Virginia-
Loretta: Baker-Williams upon your receipt of the Invoice and by its assigned
due date. I, the undersigned affiant and attorney in fact for VIRGINIA
LORETTA BAKER©™, authorize this affidavit using my autograph as his own on
this instrument.

It is against the law for a Judge to summarily remove, to dismiss,
to dissolve, or to diminish a Commercial Lien. Only the Lien
Claimant or a Jury can dissolve a commercial lien.

**Trespass Upon Private Contract**
Any collateral attack on this Contract is in bad faith and is a criminal
trespass payable as prescribed in the above-stated Notice of Fee Schedule.

**All payments are to be made in Lawful Money
pursuant to Title 12 USC § 411.**

Further affiant sayeth not!

Affidavit of Fee Schedule                                    Page 15 | 17

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

## All Rights Reserved, None Waived

### Without Prejudice

Respectfully submitted.

I, baker-williams, dr. virginia loretta©™, herein affirm and declare under my unlimited commercial liability that I am competent and of Lawful age to state the matters set forth herein, that they are true, correct, complete, not intended to be misleading, that they are admissible as evidence, and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this 14th day of August in the Year 2019.

By: baker-williams: dr. virginia-loretta

**Honorable baker-williams: dr. virginia-loretta©™**
Affiant, Executor, Sole shareholder,
Director, Attorney in Fact,
Sole Beneficiary,
Authorized Representative, *sui juris*

## WITNESSES

By: hunter: sharon-Ruth
Witness #1
Name: By: hunter: sharon-Ruth

By: williams dr.: jerrad-antoine-Denard
Witness #2
Name: By: williams Sr.: jerrad-antoine-Denard

**************************************************************************

## ACKNOWLEDGMENT OF NOTARY

**FLORIDA Republic** )

           ) ss.

**DUVAL County** )

Affidavit of Fee Schedule          Page 16 | 17

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Held In Trust By: VIRGINIA LORETTA BAKER TRUST

On the 14th day of August , 2019, before
me, WayShawn Kay , a Notary,
           Name of Notary Public


Personally appeared baker-williams: dr. virginia loretta ©™
known to me (or proved to me on the basis of satisfactory
evidence of identification) to be the living, natural woman
whose name is subscribed upon these instrument(s) and
acknowledged to me that they executed the same in their
authorized capacity; and by their signatures on this instrument,
baker-williams: dr. virginia loretta ©™ has acted on behalf of
the persons who executed this instrument.

_____
NOTARY SIGNATURE

My Commission Expires: 7-24-2024

(seal)

Notary Public State of Florida
WayShawn Kay
My Commission HH 023180
Expires 07/24/2024